IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | Criminal No. GLR 20-337 |
|---|---|
| v. | |
| STEPHEN SNYDER, | |
| Defendant | |

## JOINT STATUS REPORT

Undersigned counsel write in response to the Court's Order, ECF No. 9, directing the parties to submit a status report on or before December 15, 2020.

In response to the question posed by the Court: (1) plea negotiations are not in progress; (2) counsel believes the case will not resolve short of trial; and (3) counsel request that a trial schedule be set.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____/s/_____         _____/s/_____
    Leo J. Wise                                                                  Arnold M. Weiner
    Matthew P. Phelps                                                Counsel for the Defendant