IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| V. | :      Criminal No. 1:20-cr-00337-GLR |
| **STEPHEN SNYDER,** | : |
| **Defendant.** | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DEFENDANT'S SUPPLEMENT TO
JOINT STATUS REPORT AND REQUESTS
FOR MOTIONS SCHEDULE AND TRIAL DATE**

Undersigned counsel for Defendant write in further response to the Court's Order, ECF No. 9, directing the parties to submit a status report on or before December 15, 2020, to supplement the Joint Status Report filed by the parties. This Supplement contains Requests by the Defendant that Counsel for the Government would not agree to include in the Joint Report.

Counsel for the Defendant request that the Court set a Motions Schedule as follows:

    Defendant's Motions to be filed on 1/25/21;

    Government's Responses to be filed on 2/15/21;

    Defendant's Replies to be filed on 2/25/2021; and

    Motions Hearing on a date and time convenient to the Court.

Counsel for Defendant further request that the Court schedule the trial to begin on July 6, 2021, or as soon thereafter as may be practicable.

Counsel for the Government have objected to the inclusion of these Requests in the Joint Report on the ground, *inter alia,* that, "reciprocal discovery needs to precede motions practice." *See* Exhibit "A" hereto, Emails dated 12/14/20. However, Defendant has specifically declined to

make requests for discovery from the Government under Rule 16 that would trigger any reciprocal obligation on the part of Defendant to provide discovery.  *See* Exhibit "B," Letter from Defense Counsel to Government Counsel, dated 12/7/20, pursuant to Standing Order 2020-01, stating that Defendant "DOES NOT REQUEST" discovery pursuant to Rule 16(a)(1)(E) or (G).

Counsel for Defendant also submit that the interests of justice would be served by a motions schedule that would begin on January 25th, more than a month from now, and would not require a Response from Government Counsel until February 15th, two months from now.

Respectfully submitted,

/s/
Arnold M. Weiner, Bar No. 01605
aweiner@rwllaw.com
Stuart A. Cherry, Bar No. 28012
scherry@rwllaw.com
Marilee L. Miller, Bar No. 17458
mlmiller@rwllaw.com
RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
Phone:  (410) 769-8080
Fax:  (410) 769-8811

*Counsel for the Defendant.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2020, the Defendant's Supplement to Joint Status Report was served on Government counsel via ECF electronic filing.

/s/
Arnold M. Weiner, Bar No. 01605