IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Case No. GLR-20-0337 |
| STEPHEN L. SNYDER | * | |
| Defendant | * | |

\* \* \*

## ORDER

Pending before the Court is a discovery dispute related to the applicability and scope of Federal Rule of Criminal Procedure 16. Having considered the written submissions of the parties (ECF Nos. 18 and 19), as well as supplemental oral argument on a conference call this date, the Court, for reasons stated on the conference call, agrees with the Defendant that his discovery obligations pursuant to Rule 16(b) are not triggered unless and until the Defendant requests disclosures pursuant to Rule 16(a)(E) and (G). Further, expert witness disclosures pursuant to Rule 16(b)(1)(C) are not triggered because the Defendant has not requested disclosure under the particular provision of Rule 16(a). Counsel are forewarned that late or untimely disclosures, including expert witnesses, may result in exclusion of such experts or other disclosures, or a continuation of the trial, to afford either party the opportunity to retain and present their own expert testimony.

SO ORDERED this 21st day of December 2020.

/s/
_____
George L. Russell, III
United States District Judge