**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**UNITED STATES OF AMERICA**          :

    **v.**          :          **Criminal No. 1:20-cr-00337-GLR**

**STEPHEN L. SNYDER,**          :

       **Defendant.**          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule 101.2(a), the undersigned counsel, Marilee L. Miller, respectfully requests that this Court grant her leave to withdraw her appearance as counsel of record for Defendant Stephen L. Snyder ("Snyder") in the above-captioned matter.

In support of this Motion, Ms. Miller further states as follows:

1.     Ms. Miller is one of three attorneys of record for Mr. Snyder along with Arnold M. Weiner and Stuart A. Cherry.

2.     As of April 16, 2021, Ms. Miller will no longer be affiliated with Rifkin Weiner Livingston, LLC.  Ms. Miller will be taking a position with the U.S. Department of Justice and, in that role, will be unable to represent Mr. Snyder in any capacity.

3.     Mr. Weiner and Mr. Cherry will remain as counsel of record for Mr. Snyder.

4.     Mr. Snyder has been advised that Ms. Miller is resigning from the firm and will no longer be able to represent him.

WHEREFORE, Ms. Miller respectfully requests that the Court grant her Motion for Leave to Withdraw as Attorney of Record.

Dated: April 16, 2021                    Respectfully submitted,

                                         /s/ Marilee L. Miller
                                         Arnold M. Weiner, Bar No. 01605
                                         aweiner@rwllaw.com
                                         Marilee L. Miller, Bar No. 17458
                                         mlmiller@rwllaw.com
                                         Stuart A. Cherry, Bar No. 28012
                                         scherry@rwllaw.com
                                         RIFKIN WEINER LIVINGSTON LLC
                                         2002 Clipper Park Road, Suite 108
                                         Baltimore, MD 21211
                                         (410) 769-8080
                                         (410) 769-8811 (fax)

                                         *Counsel for Stephen L. Snyder*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 16th day of April 2021, I electronically filed the
foregoing Motion for Leave to Withdraw as Counsel with the Clerk of the Court by using the
CM/ECF system and caused a copy to be served on all registered CM/ECF users as follows:

> Leo J. Wise, Esq.
> Matthew P. Phelps, Esq.
> Assistant U.S. Attorneys
> U.S. Attorney's Office for District of Maryland
> 36 S. Charles Street, Suite 400
> Baltimore, MD 21202-3119

/s/ Marilee L. Miller