IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN SNYDER,<br><br>Defendant | Criminal No. GLR 20-337 |

### THE UNITED STATES' MOTION TO SEAL ITS MOTION TO DISQUALIFY

The United States of America, by its undersigned counsel, submits this Motion to Seal its Motion to Disqualify. The Court should seal the Government's filings because the Motion discusses matters before the grand jury, which was secret pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

_____
Leo J. Wise
Matthew T. Phelps
Assistant United States Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that, a copy of the foregoing was served on counsel for the Defendant via CM/ECF.

_____
Leo J. Wise

1