IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. GLR 20-337 |
| STEPHEN SNYDER, | |
| Defendant | |

## ORDER TO SEAL

Upon consideration of the United States of America's Motion to Seal its Motion to Disqualify it is hereby ORDERED that the Motion is GRANTED the United States' Motion to Disqualify and related exhibits are SEALED.

_____
Hon. George Levi Russell, III
United States District Judge

Date: 4/30/2021