IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------- X

UNITED STATES OF AMERICA          :

v.                                :

                                               Criminal No. 1:20-cr-00337-GLR

STEPHEN SNYDER,                   :

Defendant.                        :

---------------------------------- X

## ORDER SEALING FILINGS

Upon consideration of the Motion to Seal filed by Stephen L. Snyder, Defendant and any Opposition thereto, it is hereby ORDERED

(1) That Snyder's Motion is GRANTED; and it is further ORDERED

(2) That Snyder's (1) Response of Stephen L. Snyder, Defendant, in Opposition to United States' Motion to Disqualify, (2) Exhibits in Support of Response, (3) proposed Order, (4) Motion for Leave to Submit Second Declaration of Arnold M. Weiner for *In Camera* Inspection Only and (5) proposed Order, are hereby SEALED from public viewing until such time as the Court may determine that such sealing is no longer necessary; and it is further ORDERED

(3) That all other filings in this Miscellaneous Case be SEALED until such time as the Court may determine that such sealing is no longer necessary.

_____
The Hon. George L. Russell, III
United States District Court Judge

5/21/2021