IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------ X

UNITED STATES OF AMERICA    :

v.    :

STEPHEN SNYDER,    :         Criminal No. 1:20-cr-00337-GLR

Defendant.    :

------------------------------ X

## ORDER SEALING FILINGS

Upon consideration of the Corrected Motion to Seal filed by Stephen L. Snyder, Defendant and any Opposition thereto, it is hereby ORDERED

(1) That Snyder's Motion is GRANTED; and it is further ORDERED

(2) That Snyder's (1) Response of Stephen L. Snyder, Defendant, in Opposition to United States' Motion to Disqualify, (2) Exhibits in Support of Response, (3) Defendant's Request for Hearing On United States' Motion to Disqualify, (4) proposed Order, (5) Motion for Leave to Submit Additional Declaration For *In Camera* Inspection Only and (6) proposed Order, are hereby SEALED from public viewing until such time as the Court may determine that such sealing is no longer necessary.

5/21/2021

_____
The Hon. George L. Russell, III
United States District Court Judge