**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | |
| **v.** | | **Criminal No. GLR 20-337** |
| **STEPHEN SNYDER,** | | |
| **Defendant** | | |

**THE UNITED STATES' MOTION TO SEAL ITS**
**MOTION FOR EXTENSION OF TIME TO FILE REPLY**

The United States of America, by its undersigned counsel, submits this Motion to Seal its

Motion for Extension of Time to File Reply.  The Court should seal the Government's filings

because the Motion discusses filings that are under seal.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

_____/s/_____
Leo J. Wise
Matthew T. Phelps
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that, a copy of the foregoing was served on counsel for the Defendant via
CM/ECF.

_____/s/_____
Leo J. Wise

1