IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN SNYDER,<br><br>Defendant | Criminal No. GLR 20-337 |
|---|---|

## ORDER

Upon consideration of the United States of America's Motion to Seal its Motion for Extension of Time to File Reply it is hereby ORDERED that the Motion is GRANTED and the United States' Motion to for Extension of Time to File Reply is SEALED.

_____
Hon. George Levi Russell, III
United States District Judge

Date: June 4, 2021