IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :     **Criminal No. 1:20-cr-00337-GLR** |
| **STEPHEN SNYDER,** | : |
| **Defendant.** | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**EXHIBITS IN SUPPORT OF
FIRST MOTION OF STEPHEN L. SNYDER, DEFENDANT, TO DISMISS
INDICTMENT WITH PREJUDICE
AND
SECOND MOTION OF STEPHEN L. SNYDER, DEFENDANT, TO DISMISS
INDICTMENT WITH PREJUDICE**

/s/
Arnold M. Weiner, Bar No. 01605
aweiner@rwllaw.com
Stuart A. Cherry, Bar No. 28012
scherry@rwllaw.com
RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
Phone: (410) 769-8080
Fax: (410) 769-8811

*Counsel for the Defendant.*

# INDEX

Exhibit 1      Declaration of Felicia A. Scrivener

Exhibit 2      Recording of the August 23, 2018 Meeting

Exhibit 3      Transcript of the August 23, 2018 Meeting

Exhibit 4      Comparison of the Indictment to the Transcript of the Meeting of August 23, 2018

Exhibit 5      Declaration of Ross Guberman

Exhibit 6      Transcript of Government Recorded Telephone Calls from August 16, 2018 through September 5, 2018, between Susan Kinter and Stephen Snyder, and Andrew Graham and Natalie Magdeburger (except Government Recorded Call of August 31, 2018)

Exhibit 7      Transcript of August 31, 2018 Government Recorded Telephone Call between Susan Kinter and Stephen Snyder

Exhibit 8      Excerpt of Memorandum in Support of First Motion of Stephen L. Snyder, Defendant, to Dismiss Indictment with Prejudice

Exhibit 9      August 29, 2019 Memorandum from Jason P. Bogue, Investigator to Lydia E. Lawless, Bar Counsel (Kinter interview)

Exhibit 10     October 22, 2019 Memorandum from Jason P. Bogue, Investigator to Lydia E. Lawless, Bar Counsel re Interview with Second Client

Exhibit 11     October 22, 2018 Complaint from Susan D. Kinter and DePriest Whye, M.D. to Attorney Grievance Commission of Maryland

Exhibit 12     Release of All Claims and Confidentiality and Non-Disparagement Agreement ("Release") between Second Client and UMMC and UMMS

Exhibit 13     September 20, 2018 Letter from Natalie C. Magdeburger to Andrew J. Graham

Exhibit 14     April 10, 2018 Text from Stephen Bartlett to Stephen L. Snyder

Exhibit 15     Intentionally Left Blank

Exhibit 16     October 5, 2020 Press Release

Exhibit 17     Texts between Susan D. Kinter and Stephen L. Snyder

| | |
|---|---|
| Exhibit 18 | January 4, 2019 Letter to Bar Counsel from Arnold Weiner and Andrew J. Graham |
| Exhibit 19 | March 19, 2018 Confidential Agreement and Release, Re: First Client |
| Exhibit 20 | July 10, 2019 Memorandum from Jason P. Bogue, Investigator to Lydia E. Lawless, Bar Counsel (Stephen Bartlett, M.D. interview) |
| Exhibit 21 | February 15, 2018 Email from Stephen T. Bartlett, M.D. to Sue Kinter |
| Exhibit 22 | Second Client's demands at the September 7, 2018 Mediation |
| Exhibit 23 | Oral Ruling of September 1, 2016, *United States v. Annappareddy*, Criminal No. GLR 13-374 |