UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

February 7, 2022

MEMORANDUM TO COUNSEL:

Re:  USA v. Stephen L. Snyder
Criminal No. GLR-20-0337

Dear Counsel:

Pursuant to Defendant's request for a hearing (ECF No. 84) on the Brady Motion (ECF No. 69), the Government's Opposition thereto (ECF No. 85) and Defendant's Reply (ECF No. 86), a hearing is scheduled for Thursday, May 12, 2022 at 10:00 in Courtroom 7A. The Court has allocated one hour for argument.

Despite the informal nature of this Memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

*/s/*

George L. Russell, III