UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

June 2, 2022

MEMORANDUM TO COUNSEL RE:    United States v. Stephen L. Snyder
Criminal Action No. GLR-20-337

Dear Counsel:

Today the Court convened a status conference in this case. For the reasons stated on the record, the hearing scheduled for June 15, 2022, relating to ECF Nos. 29, 52, 53, 57, and 58, is CANCELLED. The parties should FILE a status report within ninety days of this Order indicating the status of the appellate proceedings relating to Crim. Action No. SAG-21-556.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge