

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Matthew Phelps*     *Suite 400*     DIRECT: 410-209-4920
*Assistant United States Attorney*     *36 S. Charles Street*     MAIN: 410-209-4800
*Matthew.Phelps@usdoj.gov*     *Baltimore, MD 21201-3119*     FAX: 410-962-9947

August 31, 2022

Hon. George L. Russell, III
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    **United States v. Snyder, Case No. 1:20-cr-00337-GLR**
             **Status Report**

Dear Judge Russell,

     Pursuant to the Court's Order, ECF No. 91, I am writing on behalf of the parties to provide an update on the status of the appellate proceeding related to the appeal of SAG-21-556. The appellants filed their opening brief on July 29, 2022, the Government filed its response brief on August 29, 2022, and any reply brief is due within 21 days of service of the response brief.

                                    Very truly yours,

                                      Erek L. Barron
                                    United States Attorney

                                    Matthew P. Phelps
                                    Assistant United States Attorney