IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA     :

    v.     :

                                Criminal No. 1:20-cr-00337-GLR

STEPHEN SNYDER,     :

    Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION OF STEPHEN L. SNYDER, DEFENDANT, TO SEAL

Stephen L. Snyder, Defendant, moves to seal Defendant's Supplement to Joint Status Report, filed contemporaneous with this Motion. On June 2, 2022, the Court entered an Order [ECF 91] directing the parties to submit a status report within 90 days indicating the status of appellate proceedings related to Case No. SAG-21-556. Orders have been entered sealing the proceedings. As a result, the Defendant is currently required to maintain the confidentiality of the contents of the Defendant's Supplement to Joint Status Report (and its Exhibit), and asks that the Court allow it to be filed under seal to maintain the confidentiality of such material.

                                      /s/
                              Arnold M. Weiner, Bar No. 01605
                              aweiner@rwllaw.com
                              Stuart A. Cherry, Bar No. 28012
                              scherry@rwllaw.com
                              Devon L. Harman, Bar No. 21936
                              dharman@rwllaw.com
                              RIFKIN WEINER LIVINGSTON LLC
                              2002 Clipper Park Road, Suite 108
                              Baltimore, MD 21211

(410) 769-8080
(410) 769-8811 (fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 31st day of August, 2022, copies of the within Motion of Stephen L. Snyder, Defendant, to Seal and the proposed Order were served on Government counsel via ECF electronic filing.

/s/
Arnold M. Weiner, Bar No. 01605