IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA       :

          v.                   :
                                   Criminal No. 1:20-cr-00337-GLR
STEPHEN SNYDER,                :

          Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

### MOTION OF STEPHEN L. SNYDER, DEFENDANT, TO SEAL

Stephen L. Snyder, Defendant, moves to seal Defendant's correspondence of today's date, filed contemporaneous with this Motion. On June 2, 2022, the Court entered an Order [ECF 91] directing the parties to submit a status report within 90 days indicating the status of appellate proceedings related to Case No. SAG-21-556. Orders have been entered sealing the proceedings. This correspondence relates to the status report and concerns information under seal. As a result, the Defendant is currently required to maintain the confidentiality of the contents of Defendant's correspondence, and asks that the Court allow it to be filed under seal to maintain the confidentiality of such material.

                                                  /s/
                                     Arnold M. Weiner, Bar No. 01605
                                     aweiner@rwllaw.com
                                     Stuart A. Cherry, Bar No. 28012
                                     scherry@rwllaw.com
                                     Devon L. Harman, Bar No. 21936
                                     dharman@rwllaw.com
                                     RIFKIN WEINER LIVINGSTON LLC

                                                2002 Clipper Park Road, Suite 108
                                                Baltimore, MD 21211
                                                (410) 769-8080
                                                (410) 769-8811 (fax)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY, that on this 8th day of September, 2022, copies of the within Motion of Stephen L. Snyder, Defendant, to Seal and the proposed Order were served on Government counsel via ECF electronic filing.

                                                                             /s/
                                                   Arnold M. Weiner, Bar No. 01605