IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

**UNITED STATES OF AMERICA**          :

     v.                                                :

                                                   Criminal No. 1:20-cr-00337-GLR

**STEPHEN SNYDER,**                        :

     **Defendant.**                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

### MOTION OF STEPHEN L. SNYDER, DEFENDANT, TO SEAL

Stephen L. Snyder, Defendant, moves to seal Defendant's correspondence of today's date, filed contemporaneous with this Motion. On September 15, 2022, the Court entered an Order [ECF 104] directing the parties to submit a report upon the occurrence of certain events. ECF 104 is under seal, and as a consequence, today's correspondence responding to it is filed under seal.

                                                                                  /s/
                                        Arnold M. Weiner, Bar No. 01605
                                        aweiner@rwllaw.com
                                        Stuart A. Cherry, Bar No. 28012
                                        scherry@rwllaw.com
                                        Devon L. Harman, Bar No. 21936
                                        dharman@rwllaw.com
                                        RIFKIN WEINER LIVINGSTON LLC
                                        2002 Clipper Park Road, Suite 108
                                        Baltimore, MD 21211
                                        (410) 769-8080
                                        (410) 769-8811 (fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 14th day of November, 2022, copies of the within Motion of Stephen L. Snyder, Defendant, to Seal and the proposed Order were served on Government counsel via ECF electronic filing.

_____/s/_____<br>
Arnold M. Weiner, Bar No. 01605