IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal No. 1:20-cr-00337-GLR** |
| **STEPHEN SNYDER,** | : | |
| **Defendant.** | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### MOTION OF STEPHEN L. SNYDER, DEFENDANT, TO SEAL

Stephen L. Snyder, Defendant, moves to seal Defendant's correspondence of today's date, filed contemporaneous with this Motion. On September 15, 2022, the Court entered an Order [ECF 104] directing the parties to submit a report upon the occurrence of certain events. ECF 104 is under seal, and as a consequence, today's correspondence responding to it is filed under seal.

                                     /s/
Arnold M. Weiner, Bar No. 01605
aweiner@rwllaw.com
Stuart A. Cherry, Bar No. 28012
scherry@rwllaw.com
Devon L. Harman, Bar No. 21936
dharman@rwllaw.com
RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
(410) 769-8080
(410) 769-8811 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 3rd day of February, 2023, copies of the within Motion of Stephen L. Snyder, Defendant, to Seal and the proposed Order were served on Government counsel via ECF electronic filing.

_____/s/_____<br>
Arnold M. Weiner, Bar No. 01605