IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **Criminal No. 1:20-cr-00337-GLR** |
| **STEPHEN SNYDER,** : | |
| **Defendant.** : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**MOTION OF DEFENSE COUNSEL TO SEAL
MOTION OF DEFENSE COUNSEL FOR LEAVE TO WITHDRAW**

Arnold M. Weiner, Stuart A. Cherry and Devon L. Harman, Defense Counsel move to seal the Motion of Defense Counsel For Leave To Withdraw. Pursuant to well established procedure, motions of counsel to withdraw, and documents in support of such motions, "bleed into areas of attorney-client privilege" and, "if known to [the Government] would provide [the prosecution] with an unfair advantage in [the] litigation. *See Abbott v. Gordon,* 2010 WL 4183334, *2 (Civ. No. DKC 9-0372 D. Md. Oct. 25, 2010) (Chasanow, J.). *See also Johnson v. Jessup,* 2021 WL 8533816, *1 (1:18-cv-00487 M.D.N.C. 5/20/21) ("compelling interest in maintaining the confidentiality of attorney-client communications supports sealing … proposed motion to withdraw and [supporting] exhibits").

1

/s/
Arnold M. Weiner, Bar No. 01605
aweiner@rwllaw.com

/s/
Stuart A. Cherry, Bar No. 28012
scherry@rwllaw.com

/s/
Devon L. Harman, Bar No. 21936
dharman@rwllaw.com

RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
(410) 769-8080
(410) 769-8811 (fax)

*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 10th day of March, 2023, copies of the within Motion Of Defense Counsel To Seal and the proposed Order were served on Government counsel via ECF electronic filing.

/s/
Arnold M. Weiner, Bar No. 01605