IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : |
| **STEPHEN SNYDER,** | :    Criminal No. 1:20-cr-00337-GLR |
| **Defendant.** | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### MOTION OF DEFENSE COUNSEL TO SEAL
### CONSENT OF STEPHEN L. SNYDER, DEFENDANT,
### TO WITHDRAWAL OF DEFENSE COUNSEL

    Arnold M. Weiner, Stuart A. Cherry and Devon L. Harman, Defense Counsel, move to seal the Consent of Stephen L. Snyder, Defendant, to Withdrawal Of Defense Counsel and proposed Order thereon. All other filings in connection with the Motion of Defense Counsel for Leave to Withdraw have been under seal.

                                                     /s/
                                    Arnold M. Weiner, Bar No. 01605
                                    aweiner@rwllaw.com

                                                     /s/
                                    Stuart A. Cherry, Bar No. 28012
                                    scherry@rwllaw.com

                                                     /s/
                                    Devon L. Harman, Bar No. 21936
                                    dharman@rwllaw.com

                                    RIFKIN WEINER LIVINGSTON LLC
                                    2002 Clipper Park Road, Suite 108
                                    Baltimore, MD 21211
                                    (410) 769-8080
                                    (410) 769-8811 (fax)
                                        *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd day of April, 2023, copies of the within Motion Of Defense Counsel To Seal Consent Of Stephen L. Snyder, Defendant, To Withdrawal Of Defense Counsel and the proposed Order were served on Government counsel via ECF electronic filing.

_____/s/_____
Arnold M. Weiner, Bar No. 01605