IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

UNITED STATES OF AMERICA          :

        v.                        :
                                       Criminal No. 1:20-cr-00337-GLR
STEPHEN SNYDER,                   :

        Defendant.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
```

### MOTION OF DEFENSE COUNSEL TO SEAL CORRESPONDENCE
### TO THE HON. GEORGE L. RUSSELL, III

Arnold M. Weiner, Stuart A. Cherry and Devon L. Harman, Defense Counsel, move to seal Correspondence to The Hon. George L. Russell, III. All other filings in connection with the Motion of Defense Counsel for Leave to Withdraw have been under seal.

/s/
Arnold M. Weiner, Bar No. 01605
aweiner@rwllaw.com

/s/
Stuart A. Cherry, Bar No. 28012
scherry@rwllaw.com

/s/
Devon L. Harman, Bar No. 21936
dharman@rwllaw.com

RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
(410) 769-8080
(410) 769-8811 (fax)
*Counsel for the Defendant*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 3rd day of April, 2023, copies of the within Motion Of Defense Counsel To Seal Correspondence To The Hon. George L. Russell, III were served on Government counsel via ECF electronic filing.

___/s/___
Arnold M. Weiner, Bar No. 01605
