IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **Criminal No. 1:20-cr-00337-GLR** |
| **STEPHEN SNYDER,** : | |
| **Defendant.** : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**MOTION OF DEFENSE COUNSEL TO SEAL CORRESPONDENCE
TO THE HON. GEORGE L. RUSSELL, III**

Arnold M. Weiner, Stuart A. Cherry and Devon L. Harman, Defense Counsel, move to seal Correspondence to The Hon. George L. Russell, III. All other filings in connection with the Court's September 15, 2022 Order have been under seal.

/s/
Arnold M. Weiner, Bar No. 01605
aweiner@rwllaw.com

/s/
Stuart A. Cherry, Bar No. 28012
scherry@rwllaw.com

/s/
Devon L. Harman, Bar No. 21936
dharman@rwllaw.com

RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
(410) 769-8080
(410) 769-8811 (fax)
   *Counsel for the Defendant*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 3rd day of August, 2023, copies of the within Motion Of Defense Counsel To Seal Correspondence To The Hon. George L. Russell, III were served on Government counsel via ECF electronic filing.

/s/
_____
Arnold M. Weiner, Bar No. 01605
