IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Case No. 1:20-cr-00337-GLR |
| STEPHEN L. SNYDER, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT AND REQUEST FOR OTHER RELIEF

The United States of America, by its undersigned counsel, submits this Status Report to the Court and seeks additional relief as outlined below.

During a Status Conference on August 31, 2023, the Court instructed the parties to provide an update within 30 days as to the status of the pending appeal in Case No. 22-1654. As of this filing, the appeal is still pending.

Although the appeal has largely stayed the criminal case, the United States is requesting that the Court adjudicate the pending Motion to Withdraw filed by defense counsel. The United States is requesting that the Court adjudicate the Motion so that the litigation can proceed as expeditiously as possible following the resolution of the appeal.

In light of the representation issues presented by the Motion to Withdraw, the United States is also requesting that the Court refer the representation issue to a Magistrate Judge for a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1975). If the Court requires additional fact-finding before adjudicating the Motion to Withdraw, that can also be referred to a Magistrate Judge.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/s/_____
Matthew P. Phelps
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4920
matthew.phelps@usdoj.gov