IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : |
| **STEPHEN SNYDER,** | : |
| **Defendant.** | : |

Criminal No. 1:20-cr-00337-GLR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### MOTION TO SEAL

Arnold M. Weiner, Stuart A. Cherry and Devon L. Harman, Defense Counsel, move to seal the Response of Defense Counsel to Government's Status Report and Request for Other Relief as it relates to sealed motions and to a sealed conference.

/s/
Arnold M. Weiner, Bar No. 01605
aweiner@rwllaw.com

/s/
Stuart A. Cherry, Bar No. 28012
scherry@rwllaw.com

/s/
Devon L. Harman, Bar No. 21936
dharman@rwllaw.com

RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
(410) 769-8080
(410) 769-8811 (fax)
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd day of October, 2023, copies of the within Motion to Seal were served on Government counsel via ECF electronic filing.

/s/
Arnold M. Weiner, Bar No. 01605