IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :

        v.                      :
                                    Criminal No. 1:20-cr-00337-GLR
STEPHEN SNYDER,                 :

        Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## MOTION OF DEFENSE COUNSEL TO SEAL CORRESPONDENCE TO THE HON. GEORGE L. RUSSELL, III

Arnold M. Weiner, Stuart A. Cherry and Devon L. Harman, Defense Counsel, move to seal Correspondence to The Hon. George L. Russell, III. The letter is an update of Defense Counsel's Status Report of October 3, 2023, which was filed under seal and also relates to the sealed Motion of Defense Counsel to Withdraw.

/s/
Arnold M. Weiner, Bar No. 01605
aweiner@rwllaw.com

/s/
Stuart A. Cherry, Bar No. 28012
scherry@rwllaw.com

/s/
Devon L. Harman, Bar No. 21936
dharman@rwllaw.com

RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
(410) 769-8080
(410) 769-8811 (fax)
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 10th day of October, 2023, copies of the within Motion Of Defense Counsel To Seal Correspondence To The Hon. George L. Russell, III were served on Government counsel via ECF electronic filing.

/s/
Arnold M. Weiner, Bar No. 01605
