

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Matthew Phelps*
*Assistant United States Attorney*
*Matthew.Phelps@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4920*
*MAIN: 410-209-4800*
*FAX: 410-962-9947*

November 27, 2023

(via cm/ecf)
Hon. George L. Russell, III
United States District Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re: *United States v. Snyder*, **Case No. 1:20-cr-00337-GLR**
**Status Report**

Dear Judge Russell,

On November 22, 2023, the Fourth Circuit published its opinion in *In re: Grand Jury 2021 Subpoenas*, Case No. 22-1654.  A copy of the Opinion is attached.  Counsel for the Government is unavailable from November 29, 2023 through December 4, 2023, but is otherwise available to discuss a proposed schedule with the Court.

Very truly yours,

Erek L. Barron
United States Attorney

Matthew P. Phelps
Assistant United States Attorney