IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

    Plaintiff

vs.                                                Criminal Case Number: GLR-20-0337

STEPHEN L. SNYDER

    Defendant

## MOTION TO DISQUALIFY

## (TO BE SEALED)

Dear Judge Russell,

    I have a filed a motion to disqualify you as trial judge. I would ask that motion to be heard as a sealed one. There were potential issues between your family and mine which I wanted to be heard either in a sealed courtroom or in your chambers for 10 minutes. The day the Brady hearing ended I asked Mr. Weiner that day and continually to file a motion to disqualify you based on your conduct at the Brady hearing. You came into court with serious preconceived negative emotions. You relied on an incomplete and distorted record presented by the government to whom you gave instant credibility. It appears that you used the Government's response to our motions to dismiss as the basis of your result of your five-minute analysis of the case based on your reading 85% of what I don't know. Your introduction ignored our Motion to Dismiss, one and two, and Brady submission, when the government and Bar Council concluded no criminal intent and advice of counsel.

The Government nor the discipline commission documents indicated no criminal intent and advice of counsel. Both of the subjects bothered you and gave you pause during the Brady hearing. It appears that you only gave credit to Mr. Wise and his response motion. You ignored our motion. You created, by your nine page summary, issues of material disputes necessitating a jury trial.

USDC- BALTIMORE '24 JAN 30 PM3:56

- You treated me like a criminal and treated Mr. Weiner with disrespect.

- You ignored completely my stellar 53 year record of achievement and success as a contingency trial lawyer and record of achievement and philanthropy.

- You gave Mr. Wise instant credibility for his motion and argument none of which was true. Mr. Wise is no longer an assistant US attorney in Maryland nor assigned to my case since the Brady Hearing. I have been reinstated to the practice of law with no restrictions based on a unanimous decision order by Chief Judge Fader of the Supreme Court of Maryland.

- I had immediately after you gave your nine page summary of how you read the facts I asked Mr. Weiner to file a disqualification motion or to ask for a meeting with all counsel in Chambers for 10 minutes.

As we had never previously met, I found it quite difficult to understand why you were acting the way you did. It clearly wasn't expected and was very unpleasant. I have a belief that there may be potentially three explanations for your conduct.

They are sensitive in nature and involve your family and mine so this should be a sealed hearing.

Very Truly yours,

*Stephen S. Snyder*

STEPHEN L. SNYDER
Maryland Bar #:
1811 Courtyard Circle
Baltimore, Maryland 21208
Telephone: 443-610-7611
ssnyder@litigationteam.com
Defendant