IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------X

UNITED STATES OF AMERICA :

v. :                                        Criminal No. 1:20-cr-00337-GLR

STEPHEN SNYDER, :

Defendant. :

------------------------------X

## MOTION TO SEAL Motion to Disqualify

Stephen Snyder, Pro Se, moves to seal the Defendant's Motion to Disqualify and Request for Other Relief as it relates to the Motion to Disqualify and its contents as they incorporate private and sensitive information that should remain protected under Seal by the Court..

Respectfully Submitted,

_____
Stephen L. Snyder
Maryland Bar#:
1811 Courtyard Circle
Baltimore, Maryland 21208
Telephone: 443-610-7611
Steveslaw@icloud.com
Defendant



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 22nd day of February, 2024, copies of the within Motion to Disqualify were served on Government counsel via Certified US Mail.

A paper copy of the within Motion will be hand-delivered to the Clerk's Office, Attn: Judge Russell, U.S. District Court for the District of Maryland, 101 W. Lombard Street, 4th Floor, Baltimore, MD 21201.

                                          Stephen L. Snyder  
                                          Maryland Bar#:  
                                         1811 Courtyard Circle  
                                    Baltimore, Maryland 21208  
                                        Telephone: 443-610-7611  
                                          Steveslaw@icloud.com  
                                                   Defendant