IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA :

v. :

                                        Criminal No. 1:20-cr-00337-GLR

STEPHEN SNYDER, :

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION TO SEAL

Stephen Snyder, Pro Se, moves to seal the Defendant's Status Report and Request for Other Relief as it relates to sealed motions and to seal all attachments and exhibits as they relate to the Status Report and contain private and sensitive information that should remain protected under Seal by the Court..

Respectfully Submitted,

_____
Stephen L. Snyder
Maryland Bar#:
1811 Courtyard Circle
Baltimore, Maryland 21208
Telephone: 443-610-7611
Steveslaw@icloud.com
Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 22nd day of February, 2024, copies of the within Motion to Seal were served on Government counsel via Certified US Mail. A paper copy of the within Motion will be hand-delivered to the Clerk's Office, Attn: Judge Russell, U.S. District Court for the District of Maryland, 101 W. Lombard Street, 4th Floor, Baltimore, MD 21201.

_____<br>
Stephen L. Snyder<br>
Maryland Bar#:<br>
1811 Courtyard Circle<br>
Baltimore, Maryland 21208<br>
Telephone: 443-610-7611<br>
Steveslaw@icloud.com<br>
Defendant