

U.S. Department of Justice

United States Attorney
District of Maryland

*Matthew Phelps*
*Assistant United States Attorney*
*Matthew.Phelps@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4920*
*MAIN: 410-209-4800*
*FAX: 410-962-9947*

April 18, 2024

(via cm/ecf)
Hon. Deborah L. Boardman
United States District Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    **Status Report**
             *United States v. Snyder*, **1:20-cr-00337-DLB**

Dear Judge Boardman,

    I am providing this Status Report in light of Your Honor's recent assignment to this case.

    Two defense motions, ECF Nos. 52 and 53, have been fully briefed and are ripe for adjudication or a hearing. The parties filed Supplemental Briefing on the Motion as recently as March of 2024. No other motions are pending.

    On April 8, 2024, the Government received the attached Supplemental Status Report and Request for Phone Conference from Mr. Snyder, which was not docketed.

    Although some of Mr. Snyder's mail has been returned as undeliverable to both the Court and to the Government, the Government has confirmed that it has Mr. Snyder's correct mailing address, and the Government has emailed courtesy copies to Mr. Snyder of all of the Government's filings.

    Please let me know if there is any additional information that I can provide.

               Very truly yours,

               Erek L. Barron
               United States Attorney

               _____/s/_____
               Matthew Phelps
               Assistant United States Attorney

Attachment

CC:

Stephen L. Snyder
1811 Courtyard Circle
Baltimore, Maryland 21208
ssnyder@litigationteam.com