

*Matthew Phelps*
*Assistant United States Attorney*
*Matthew.Phelps@usdoj.gov*

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4920*
*MAIN: 410-209-4800*
*FAX: 410-962-9947*

June 3, 2024

(via cm/ecf)
Hon. Deborah L. Boardman
United States District Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

  Re: ***United States v. Snyder*, Case No. 1:20-cr-00337-DLB**
    **Response to ECF No. 203**

Dear Judge Boardman,

  On June 1, 2024, the Defendant filed a letter with the Court seeking permission to call four experts at a motions hearing scheduled for July 26, 2024.  *See* ECF No. 203.  The Government opposes that request.

  The Court should not hear from Ross Guberman at the hearing.  As the Government explained in its Opposition, ECF No. 70, the purpose of an indictment is to put the defendant on notice of the charges against him.  Whether the Indictment adequately sets forth the charges is a matter for the Court, not an expert.

  The Court should not hear from Jack Anderson Marshall, Jesse Schold, or Antonio Di Carlo because their opinions are not relevant to the arguments raised in Snyder's two Motions to Dismiss.  Marshall will apparently testify that the University of Maryland representatives acted unethically.  Schold and Di Carlo will testify about the medical care rendered to Snyder's clients.  Snyder raised three arguments in his Motions to Dismiss:  (1) the Government improperly cancelled a meeting with attorney Andrew Graham; (2) the Indictment is "falsified,"; and (3) there was a nexus between Snyder's $25 million demand and the litigation he was pursuing.  The Government disagrees that these are valid bases to dismiss the Indictment, but using these three arguments as the framework for the Motions hearing, the opinions of Marshall, Schold, and Di Carlo are irrelevant.

        Very truly yours,

        Erek L. Barron
        United States Attorney

        */s/*

        Matthew P. Phelps
        Assistant United States Attorney


CC:   Stephen L. Snyder
       1811 Courtyard Circle, Unit B
       Pikesville, MD 21208
       ssnyder@litigationteam.com