# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | **CRIM. NO. DLB-20-337** |
| STEPHEN L. SNYDER, | * | |
| Defendant. | * | |

## SCHEDULING ORDER

Following a July 26, 2024 motions hearing, the Court sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| September 27, 2024 | Deadline for receipt in chambers of proposed voir dire, proposed jury instructions, and a proposed jury verdict form; **these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers:** MDD_DLBChambers@mdd.uscourts.gov |
| | Government and defense counsel shall meet and confer with respect to proposed voir dire, jury instructions, and a verdict form, and to the **fullest extent possible** make a **joint submission**. Counsel shall identify any matters of disagreement through supplemental filings. |
| September 27, 2024 | Deadline for filing motions *in limine* |
| October 11, 2024 | Deadline for responses to motions *in limine* |
| **Monday, October 28, 2024, at 10:00 a.m.** | **Pretrial Conference**, Courtroom 3D. Defendant must be present. |
| **Tuesday, November 12, 2024, at 9:30 a.m.** | **Jury Trial**, Courtroom 3D, scheduled to conclude on **November 22, 2024**. |
| | Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection. |

No changes to this schedule will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this 5th day of August, 2024.

_____
Deborah L. Boardman
United States District Judge