**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. DLB-20-337** |
| | ) | |
| **STEPHEN SNYDER** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of the Government's Motion for Exclusion of Time from Speedy Trial Computations, the Court finds as follows:

Under the provisions of the Speedy Trial Act, the Court may continue a defendant's trial beyond the seventy-day period if the interests of justice served by such a delay outweigh the interests of the defendant, and the public, in a speedy trial.

Here, the defendant was indicted on October 5, 2020.  The defendant had his initial appearance on the indictment on October 19, 2020.  A trial is scheduled to begin on November 12, 2024.

During the pendency of this case, the defendant pursued appeals in the United States Court of Appeals for the Fourth Circuit involving grand jury matters. The Court of Appeals issued its decision on November 22, 2023.  The defendant also filed motions to dismiss, with the hearing before the Court on the motions on July 26, 2024.  The case is complex, and will involve testimony from experts, such that trial within 70 days would deny the defendant and the attorneys for the government the reasonable time necessary for effective preparation.  Therefore, the interests of justice served by such a delay do outweigh the interests of the defendant and the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

Therefore, it is hereby ORDERED pursuant to 18 U.S.C. § 3161(h), that the period from July 26, 2024, through and including November 12, 2024, shall be excluded from computation under the Speedy Trial Act.

The Clerk of the Court shall mail a copy of this Order to all counsel of record.

August 12, 2024
Date

The Honorable Deborah L. Boardman
United States District Judge