```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

**UNITED STATES OF AMERICA**          \*

      V.                                       \*         Case No. DLB-20-00337

**STEPHEN L. SNYDER**                  \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**UNOPPOSED MOTION FOR AMENDMENT TO SCHEDULING ORDER**</u>

Now comes the Defendant, Stepen L. Snyder, *pro se* and Law Offices of Gerald C. Ruter, P.C., as stand-by counsel for Mr. Snyder, requesting the Court to amend its Scheduling Order by granting an extension for the submission of motions in limine, responses to motions *in limine*, jury instructions, voir dire and a verdict sheet and for reasons says as follows:

1. The Court issued its Scheduling Order on August 5, 2024, at ECF 213.

2. The Court set a deadline of September 27, 2024, for the submission of voir dire, proposed jury instructions, a proposed verdict form and motions in *limine.*

3. The Court set any responses to motions *in limine* to be submitted by October 11, 2024.

4. Mr. Snyder has been working diligently in the preparation of his defense as well as all Court ordered deadlines; however, a brief extension of the deadline for

the above matters is essential for completion of those matters.

5. Mr. Snyder respectfully requests an extension to October 4, 2024, for the submission of the above scheduled matters as well as an extension of the deadline for the submission of any responses to motions *in limine* to October 18, 2024.

6. It is believed and therefore averred that these requests, if granted, will not affect any other deadlines in this case.

7. The government has no opposition to this request on condition the extension for responses to motions *in limine* is also granted.

   **WHEREFORE**, it is prayed the Court Amend its Scheduling Order for the extension of the filing of the matters above stated to the dates above stated.

        Respectfully Submitted,

        /s/ Stephen L. Snyder

        _____
        Stephen L. Snyder, *pro se*
        7307 Park Heights Avenue, Apt. 200
        Pikesville, Maryland 21208
        443-610-7611
        Steveslaw@icloud.com

/s/ Gerald C. Ruter
_____
Law Offices of Gerald C. Ruter, P.C.
9411 Philadelphia Road, Suite O
Baltimore, Maryland 21237
410-238-8000
Ruterlaw@verzon.net
Standby Counsel for Stephen L. Snyder

**Certificate of Service**

I hereby certify that on this 24th day of September 2024, a copy of this paper was electronically served on all counsel by the use of CM/ECF and to Stephen L. Snyder by email.

/s/ Gerald C. Ruter
_____
Gerald C. Ruter