Exhibit 2

| | |
|---|---|
| **From:** | Arnold Weiner |
| **To:** | Phelps, Matthew (USAMD); Wise, Leo (USAMD) |
| **Cc:** | Arnold Weiner; Stu Cherry; Devon Harman |
| **Subject:** | [EXTERNAL] RE: U.S. v. Snyder - Additional Witnesses |
| **Date:** | Thursday, September 8, 2022 4:16:35 PM |
| **Attachments:** | Website.pdf |
| | Wikipedia.pdf |
| | Letter.pdf |

Attached, per your request, are Mr. Feinberg's CV as it appears on his firm's website and Mr. Feinberg's more complete biography in Wikipedia.

Also attached is a copy of a letter dated November 6, 2014 from Mr. Feinberg to the Maryland Attorney General's Office, in which Mr. Feinberg expresses the same determinations and opinions about Mr. Snyder's attributes and abilities as we described in our August 26th communication. The letter also describes, in further detail, Mr. Feinberg's experiences, both with Mr. Snyder and with "some of the very best lawyers in our Nation," that provide the bases for Mr. Feinberg's determinations and opinions about Mr. Snyder.

Arnold M. Weiner, Esq.
Rifkin Weiner Livingston LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
(410) 769-8080
(410) 769-8811 (Fax)
www.rwllaw.com
*Please note our new website www.rwllaw.com and my new email address aweiner@rwllaw.com.*



CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

CONFIDENTIALITY NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this message in error and delete the copy you received. Thank you.

**From:** Phelps, Matthew (USAMD) <Matthew.Phelps@usdoj.gov>
**Sent:** Thursday, September 8, 2022 12:18 PM
**To:** Arnold Weiner <aweiner@rwllaw.com>; Wise, Leo (USAMD) <Leo.Wise@usdoj.gov>
**Cc:** Stu Cherry <scherry@rwllaw.com>; Devon Harman <dharman@rwllaw.com>; Eva Kline <ekline@rwllaw.com>
**Subject:** RE: U.S. v. Snyder - Additional Witnesses

Is there a CV and list of documents relied upon for Mr. Feinberg? Thanks.

---

**From:** Arnold Weiner <aweiner@rwllaw.com>
**Sent:** Friday, August 26, 2022 11:50 AM
**To:** Wise, Leo (USAMD) <lwise@usa.doj.gov>; Phelps, Matthew (USAMD) <MPhelps@usa.doj.gov>
**Cc:** Stu Cherry <scherry@rwllaw.com>; Devon Harman <dharman@rwllaw.com>; Eva Kline <ekline@rwllaw.com>
**Subject:** [EXTERNAL] U.S. v. Snyder - Additional Witnesses

Leo and Matt –

In addition to the hybrid witnesses that we named on August 17, 2022, Mr. Snyder may also call Kenneth R. Feinberg, Esq. Mr. Feinberg is a practicing attorney in Washington, D.C. Among his many notable assignments, Mr. Feinberg was appointed by the U.S. Treasury Department in 2009 as special master to oversee the compensation of top executives at companies that received federal bailout assistance, and he was appointed by the U.S. Department of Justice in 2016 to oversee the Victims of State Sponsored Terrorism Fund. Mr. Feinberg has been an adjunct professor at several of the leading law schools in the United States.

Based on Mr. Feinberg's association with Mr. Snyder in a complex mediation, in which Mr. Snyder represented hundreds of plaintiffs who alleged employment discrimination against the Prudential Insurance Company and in which Mr. Feinberg was the court-appointed mediator, Mr. Feinberg witnessed first-hand Mr. Snyder's diligence, competence and determination to achieve success. Mr. Feinberg has found that Mr. Snyder exhibits the very best degree of legal competence, in that he is thoroughly prepared, extremely persuasive, and dogged in his representation. Mr. Feinberg also found that Mr. Snyder stands out as someone who can be entrusted with highly complex litigation and who has brought a high degree of skill and judgment when it comes to potential litigation.

Mr. Feinberg's determinations about Mr. Snyder's abilities go directly to the question of the value that Mr. Snyder's services would have brought to UMMS as a consultant and in connection with the services that Mr. Snyder offered to Maryland: (1) on April 30, 2018 (*see* Magdeburger

Memo re 4/30/2018 Meeting, p. 3); (2) on June 22, 2018 (*see* Magdeburger Memo of 6/22/2018 Meeting at pp. 2-4; Alicia Reynolds Notes re 6/22/2018 Meeting at p. 3); (3) and on August 23, 2018 (*see* Transcript of 8/23/2018 Meeting, Tr. 24:7-18, 25:3-9, 25:11-19, and 56:20-57:2 and Magdeburger Meeting Notes from 8/23/2018, p. PK-0056, PK0058, PK-0068).

Mr. Snyder may also call another witness who would testify on the value of the services that Mr. Snyder proposed to perform. We will provide you with further information as soon as we can.

- Arnold

Arnold M. Weiner, Esq.
Rifkin Weiner Livingston LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
(410) 769-8080
(410) 769-8811 (Fax)
www.rwllaw.com

*Please note our new website www.rwllaw.com and my new email address aweiner@rwllaw.com.*



CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

CONFIDENTIALITY NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this message in error and delete the copy you received. Thank you.

# FEINBERG ROZEN, LLP

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008

(202) 371-1110 (TELEPHONE)

(202) 962-9290 (FAX)

WRITER'S DIRECT DIAL NUMBER
202.962.9280
kfeinberg@feinbergrozen.com

NEW YORK OFFICE
780 3RD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017-2024
TEL: (212) 527-9600
FAX: (212) 527-9611

November 6, 2014

Steven R. Johnson, Esq.
Assistant Attorney General
Principal Counsel to the
  Maryland Department of Environment
1800 Washington Blvd., 6th Fl., Ste. 6048
Baltimore, Maryland 21230

> Case Caption:
> REQUEST FOR PROPOSALS ASSISTANT COUNSEL TO THE
> STATE OF MARYLAND FOR PURPOSES OF EVALUATING
> POTENTIAL LITIGATION RELATING TO THE USE OF
> METHYL TERTIARY BUTYL ETHER ("MTBE") AS A
> COMPONENT IN GASOLINE

Dear Mr. Johnson:

I write this letter on behalf of Stephen L. Snyder, Esq. who has submitted a proposal to your office in connection with the above captioned matter. Since I have worked closely with Mr. Snyder in the successful resolution of a very complex mediation, in which Mr. Snyder was instrumental in achieving a comprehensive settlement for his clients, I am pleased to write this letter of recommendation.

The mediation occurred two years ago in the New Jersey State Courts and involved hundreds of Plaintiffs alleging employment discrimination against the Prudential Insurance Company (In re: *PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA LITIGATION, SUPERIOR COURT OF NEW JERSEY, BERGEN COUNTY*). This litigation would have extended over many years and Mr. Snyder was prepared to wage war in the courtroom on behalf of scores of his individual clients. Instead, at the urging of the Presiding Judge, Brian R. Martinotti, I conducted a complex mediation over a period of weeks in an effort to secure a global resolution of the individual disputes.

As the mediator, I witnessed first-hand Mr. Snyder's diligence, competence and determination to achieve success for his clients. Mr. Snyder exhibited the very best degree of legal competence: thoroughly prepared, extremely persuasive, and dogged in representing his numerous clients. Mr. Snyder's ability to persuade both the mediator and the Court, as well as Prudential, concerning the merits of his case, led directly to a comprehensive settlement. Just as importantly for your purposes, Mr. Snyder made it very clear during the mediation that he was ready, willing and able to go to trial as needed; his aggressive litigation posture helped convince the Defendant that settlement was in its best interests. The Court cooperated by refusing to extend the trial date, urging both the mediator and the parties to conclude a settlement as soon as possible.

Mr. Johnson, in my opinion—based upon personal observation over a period of weeks—Mr. Snyder exhibited the very best of the legal profession in representing his clients. The mediation proved to be a success in large part because of Mr. Snyder's competence and powers of persuasion.

One important characteristic of Mr. Snyder in representing his clients—he is always thoroughly prepared and is not afraid to go to trial. His reputation as a nationally respected trial attorney has not gone unnoticed by his adversaries. It is this preparation and willingness to litigate in the courtroom that has earned Mr. Snyder a national reputation.

In my work over the past 35 years in mediating highly complex and visible litigation—the Agent Orange Product Liability Litigation; the September 11 Victim Compensation Fund; the BP Oil Spill Fund; and currently, the GM Ignition Switch Compensation Fund—I have worked alongside some of the very best lawyers in our Nation. In my opinion, Mr. Snyder stands out as somebody who can be entrusted with highly complex litigation. I am confident, based upon my personal experience and observation, that Mr. Snyder would represent the State of Maryland with a high degree of skill and judgment when it comes to potential litigation involving MTBE.

I recommend him without reservation.

If you need any further information or details about Mr. Snyder and his abilities, please do not hesitate to contact me.

Very Truly Yours,

Kenneth R. Feinberg

KRF:tjb

| ABOUT | THE TEAM | OUR SERVICES | PUBLICATIONS | CONTACT US | CASES |

KENNETH R. FEINBERG    CAMILLE S. BIROS    DAVID L. FEINBERG

# KENNETH R. FEINBERG
## FOUNDER, MANAGING PARTNER

Kenneth R. Feinberg has been key to resolving many of our nation's most challenging and widely known disputes. He is best known for serving as the Special Master of the Federal September 11th Victim Compensation Fund of 2001, in which he reached out to all who qualified to file a claim, evaluated applications, determined appropriate compensation, and disseminated awards. Mr. Feinberg shared his extraordinary experience in his book What Is Life Worth?, published in 2005 by Public Affairs Press, and in his follow-up book Who Gets What, published by Public Affairs Press in 2012.

Mr. Feinberg has been appointed to two presidential-level commissions because of his experience and expertise, and has had a distinguished teaching career as an Adjunct Professor of Law at Harvard Law School, Georgetown University Law Center, the University of Pennsylvania Law School, Columbia University Law School, New York University Law School, and the University of Virginia Law School.

**Education:**

J.D., New York University School of Law, 1970 (Articles Editor of the Law Review)

B.A., cum laude, University of Massachusetts, 1967

**Clerkships:**

Chief Judge Stanley H. Fuld, New York State Court of Appeals, 1970-1972

**Leadership:**

Member of the Board of Directors, RAND Corporation, Los Angeles, CA



ABOUT        THE TEAM       OUR SERVICES  PUBLICATIONS    CONTACT US        CASES

KENNETH R.          CAMILLE S. BIROS        DAVID L. FEINBERG
FEINBERG

# Kenneth R. Feinberg
## Founder, Managing Partner

**Leadership:**

Member of the Board of Directors, RAND Corporation, Los Angeles, CA

Chairman of the Board, RAND Center for Catastrophic Risk Management and Compensation, Los Angeles, CA

Member of the Board of Directors, Washington National Opera, Washington, D.C.

Chairman of the Board of Directors, John F. Kennedy Library Foundation, Boston, MA

**Teaching Positions:**

Adjunct Professor of Law, Harvard Law School, 2012-Present

Adjunct Professor of Law, Georgetown University Law Center, 1978-Present

Adjunct Professor of Law, Columbia University Law School, 2008-2013

Adjunct Professor of Law, New York University Law School, 2004-2010

Adjunct Professor of Law, University of Pennsylvania Law School, 2000-2008

**Recent Awards and Recognition:**

The Thomas Jefferson Foundation Medalist in Law (2014)

Yale University Legend in Leadership Award (2014)

ABOUT    THE TEAM    OUR SERVICES    PUBLICATIONS    CONTACT US    CASES

KENNETH R.
FEINBERG    CAMILLE S. BIROS    DAVID L. FEINBERG

## KENNETH R. FEINBERG
### FOUNDER, MANAGING PARTNER

Adjunct Professor of Law, Columbia University Law School, 2008-2013

Adjunct Professor of Law, New York University Law School, 2004-2010

Adjunct Professor of Law, University of Pennsylvania Law School, 2000-2008

**Recent Awards and Recognition:**

The Thomas Jefferson Foundation Medalist in Law (2014)

Yale University Legend in Leadership Award (2014)

District of Columbia Bar Association Legend in the Law Award (2014)

Massachusetts Bar Association Great Friend of Justice Award (2014)

Listed in "The 100 Most Influential Lawyers in America," The National Law Journal (March 25, 2013)

The New England Council New Englander of the Year Award (2013)

The New York University Albert Gallatin Medal for Professional Achievement (2011)

The New York University Eugene J. Keogh Award for Distinguished Public Service (2011)

"The Power 100: The 100 Most Powerful People in Finance," Worth: The Evolution of Financial Intelligence, Vol. 19, No. 5, Page 76 (2010)

Case 1:20-cr-00337-DLB   Document 224-2   Filed 10/04/24   Page 9 of 20

WIKIPEDIA

# Kenneth Feinberg

**Kenneth Roy Feinberg** (born October 23, 1945) is an American attorney specializing in mediation and alternative dispute resolution. He served as the Chief of Staff to Senator Ted Kennedy, Special Master of the U.S. government's September 11th Victim Compensation Fund and the Special Master for TARP Executive Compensation. Additionally, Feinberg served as the government-appointed administrator of the BP Deepwater Horizon Disaster Victim Compensation Fund. Feinberg was also appointed by the Commonwealth of Massachusetts to administer the One Fund—the victim assistance fund established in the wake of the 2013 Boston Marathon bombings. Feinberg was also retained by General Motors to assist in their recall response and by Volkswagen to oversee their U.S. compensation of VW diesel owners affected by the Volkswagen emissions scandal. Feinberg was hired by The Boeing Company in July 2019, to oversee distribution of $50 million to support 737 MAX crash victim families.[2] Feinberg is also an adjunct professor at the Columbia University School of Law, University of Pennsylvania Law School, Georgetown University Law Center, New York University School of Law, the University of Virginia School of Law and at the Benjamin N. Cardozo School of Law.



**Kenneth Feinberg**

Feinberg in October 2007

| | |
|---|---|
| **Born** | Kenneth Roy Feinberg October 23, 1945 Brockton, Massachusetts, U.S. |
| **Occupation** | Attorney |
| **Known for** | Special Master, September 11th Victim Compensation Fund Special Master for Executive Compensation |
| **Spouse** | Diane Shaff (3 children)[1] |

## Contents

**Life and career**
    September 11 Victim Compensation Fund
        History of participation
        The eight-part Feinberg plan
    Hokie Spirit Memorial Fund
    Special Master for Executive Compensation
    BP oil spill fund
    Penn State settlement
    Aurora victim relief fund
    The Newtown-Sandy Hook Community Foundation
    General Motors car recall
    Special Master to Oversee Treasury Implementation of Multiemployer Pension Reform Act Regulations
    Volkswagen emission scandal
    Terrorism compensation fund
    In re Foreign Exchange and Benchmark Rates Antitrust Litigation

Archdiocese of New York Independent Reconciliation and
Compensation Program
United Methodist Church
Roundup Product Litigation

**In popular culture**

**Publications**

**Recent awards and recognition**

**See also**

**References**

**Further reading**

**External links**

# Life and career

Feinberg was born in Brockton, Massachusetts.[3] He received a Bachelor of Arts from the University of Massachusetts-Amherst in 1967 and a J.D. degree from the New York University School of Law in 1970. He worked for five years as an administrative assistant and chief of staff for U.S. Senator Ted Kennedy[4] and as a prosecutor for the U.S. Attorney General. Before founding his own firm The Feinberg Group (now the Law Offices of Kenneth Feinberg) in 1993, he was a founding partner at the Washington office of Kaye Scholer LLP.

Feinberg has served as Court-Appointed Special Settlement Master in cases including Agent Orange product liability litigation, Asbestos Personal Injury Litigation and DES Cases. Feinberg was also one of three arbitrators who determined the fair market value of the Zapruder film of the Kennedy assassination and was one of two arbitrators who determined the allocation of legal fees in the Holocaust slave labor litigation. He is a former Lecturer-in-Law at a number of U.S. law schools.

Feinberg was the Chairman of the Board of Directors for the John F. Kennedy Library Foundation.[5]

Feinberg and his wife, Diane ("Dede") Shaff, have three children[6] and four grandchildren.[7]

## September 11 Victim Compensation Fund

Appointed by Attorney General John Ashcroft to be Special Master of the fund, Feinberg worked for 33 months entirely pro bono. He developed the regulations governing the administration of the fund and administered all aspects of the program, including evaluating applications, determining appropriate compensation and disseminating awards.

### History of participation

Early in the process he was described as aloof and arrogant. Feinberg was subjected to some very public criticism at meetings, in the media and on Web sites.[8] "I underestimated the emotion of this at the beginning", Feinberg has said. "I didn't fully appreciate how soon this program had been established after 9/11, so there was a certain degree of unanticipated anger directed at me that I should have been more attuned to."[9]

Case 1:20-cr-00337-DLB   Document 224-2   Filed 10/04/24   Page 11 of 20

It was up to Feinberg to make the decisions on how much each family of a 9/11 victim would receive. "It's a brutal, sort of cold, thing to do. Anybody who looks at this program and expects that by cutting a U.S. Treasury check, you are going to make 9/11 families happy, is vastly misunderstanding what's going on with this program," said Feinberg. "There is not one family member I've met who wouldn't gladly give back the check, or, in many cases, their own lives to have that loved one back. 'Happy' never enters into this equation."[9]

Feinberg was able to change the mind of some of his harshest critics. Charles Wolf, whose wife died in the north tower, renamed his highly critical Web site called "Fix the Fund" to "The Fund is Fixed!" At first he called Feinberg "patronizing, manipulative and at times, even cruel." He later remarked, "To have one of your sharpest critics follow through on a promise and not only join the program he was criticizing, but promote it to his peers, says a lot about you and the way you have adjusted both the program and your attitude...Today, I have complete faith in you."

In 2005 his book, titled *What is Life Worth?: The Unprecedented Effort to Compensate the Victims of 9/11* was published.

Feinberg wrote that a widow of one firefighter cursed him, saying "I spit on you, and your children," for being unfair in his compensation awards.[10]

### The eight-part Feinberg plan

In his book titled *What is Life Worth?*, Feinberg described the eight-part plan which was applied to approaching the September 11 Victim Compensation Fund.

1. Identifying someone with sufficient and exceptionally broad experience in mass tort action mediation, litigation, and settlement, which Feinberg possessed through his previous personal experience as a political activist and his work in the Agent Orange compensation settlement.
2. To support and follow the law regarding the proportional compensation of victims based on estimated losses from future earnings, by hiring a full staff of accountants and attorneys to track and service each claim individually.
3. Accumulate all the reports and applications, along with counter-claims to gauge and initiate the direct compensation process.
4. The value of informed discretion in compensating claimants under the formula of keeping compensation under the rule of thumb that 85% of the money should not go to 15% of the 'richest' claimant families, by narrowing the gap between the largest and the smallest compensations paid to claimants.
5. With a mind to the future, the process of the program should be maintained and serviced as a precedent for future courts to use in future compensation cases as needed. The actions taken should be uniform in their approach.
6. There would be "no substitute for hard work and legal craftsmanship" of rigorous intellectual honesty.
7. The support of Senator Edward Kennedy would be recognized throughout the process.
8. Lawsuits were to be discouraged as contrary to the spirit of the law establishing the compensation fund.[11]

## Hokie Spirit Memorial Fund

Case 1:20-cr-00337-DLB   Document 224-2   Filed 10/04/24   Page 12 of 20

On July 5, 2007, a Virginia Tech press release said that Feinberg would work pro bono as the chief administrator to the Hokie Spirit Memorial Fund (https://web.archive.org/web/20070706043713/ht tp://www.vt.edu/fund/) (HSMF). The HSMF was set up by the Virginia Tech Foundation in the aftermath of the April 16, 2007, shooting attacks on the Virginia Tech campus. Feinberg and the university planned to disseminate a set of proposals for comment about distributions to the families in mid-July. The press release claims that the victims or families will have options on the ultimate uses of the funds, and that payments would be completed sometime during the fall.[12]

## Special Master for Executive Compensation

On June 10, 2009, Feinberg was appointed by the U.S. Treasury Department to oversee the compensation of top executives at companies which have received federal bailout assistance.[13] As part of his policies, he has suggested to many bank executives that they emphasize long-term stock compensation rather than cash payments.[14]

Treasury Secretary Timothy Geithner, in a statement about Feinberg's rulings on executive pay, said, "We all share an interest in seeing these companies return taxpayer dollars as soon as possible, and Ken today has helped bring that day a little bit closer."[15][16]

## BP oil spill fund

On June 16, 2010, it was reported that Feinberg was to run a $20 billion fund to pay claims for the BP oil spill.[17] President Obama said that the $20 billion from BP "will not be controlled by either BP or by the government. It will be put in an escrow account administered by an impartial, independent third party." Obama said he and BP's chairman, Carl-Henric Svanberg, agreed on having Feinberg administer the fund.[18] Feinberg was also selected by Obama to oversee the compensation of top executives at bailed out banks.

BP is agreed to pay Feinberg's six-lawyer Washington, D.C., firm, Feinberg Rozen, a flat fee of $1,250,000 a month for labor and overhead costs, but the full details of compensation are unknown.[19] Feinberg has come under harsh criticism[20][21] from public interest groups for refusing to disclose the amount of his compensation or the details of his arrangement with the company.[22]

On December 6, 2010, the Center for Justice & Democracy (CJ&D) sent a letter[23] to Robert Dudley, the CEO of BP, concerning "serious new issues raised about the lack of transparency and potential conflicts of interest related to the administration of the Gulf Coast Claims Facility." In the letter, CJ&D pointed out actions taken by Feinberg in the administration of the compensation fund that point to serious conflicts of interest:

> Mr. Feinberg, employed by BP, has decided on his own authority that all claims recipients must release all companies who caused this disaster from any and all legal responsibility, no matter how grossly negligent they were. This sweeping release, which assigns victims' claims to BP, benefits only one actor: BP – the company that happens to pay Mr. Feinberg's salary.

In January 2011, Judge Barbier, the federal judge over the oil spill litigation, after hearing evidence and arguments of the attorneys, ruled that Kenneth Feinberg was not independent of BP and could no longer claim to be so. Feinberg had been telling victims he was their lawyer and did not answer to BP.

Case 1:20-cr-00337-DLB   Document 224-2   Filed 10/04/24   Page 13 of 20

The letter also criticized Feinberg's lack of transparency in the matter of compensation.

> Despite repeated calls for the release of documents establishing the formal relationship between BP and Feinberg Rozen, as well as its subcontractors who are reviewing and adjudicating claims, almost nothing has been publicly released. And now we learn, as reported by Reuters on November 22, 2010, that BP and Feinberg Rozen consider their arrangement 'verbal,' i.e., they have not committed to writing the firm's compensation arrangement so there can be no public examination of it. Is the public to believe that there is no paper evidence at all documenting a $10 million per year financial arrangement between BP and Feinberg Rozen? What about the contracts between BP, Feinberg Rozen and the subcontractors who are advising and adjudicating claims and also being paid directly by BP? Surely these contracts must be in writing and released. This failure to release the terms of all these financial arrangements under circumstances of tremendous historic and public significance is simply unacceptable.

## Penn State settlement

On September 12, 2012, Feinberg was hired by Penn State University to aid in the settlement of dozens of personal injury claims against the institution stemming from the sex abuse scandal involving Jerry Sandusky.[24] Four months later, Feinberg said that he expected settlement discussions with 28 people to yield results within a matter of weeks.[25]

## Aurora victim relief fund

Feinberg oversaw the disbursement of donations to the injured victims and families of the deceased in the Aurora, Colorado, movie theater shooting that left 12 people dead and 70 others wounded.[26]

## The Newtown-Sandy Hook Community Foundation

In June 2013, Newtown-Sandy Hook Community Foundation (http://www.huffingtonpost.com/2013/06/03/newtown-fund-distribution_n_3379873.html) was given permission from the Connecticut Attorney General to distribute $7.7 million from the fund. A committee of three, headed by a retired U.S. District Court judge, was being advised by Kenneth Feinberg.[27]

## General Motors car recall

On April 1, 2014, General Motors announced it had retained Feinberg to handle part of its response to a widely reported product safety recall. GM said Feinberg would serve as a consultant "to explore and evaluate options in its response to families of accident victims whose vehicles are being recalled for possible ignition switch defects."[28]

## Special Master to Oversee Treasury Implementation of Multiemployer Pension Reform Act Regulations

Case 1:20-cr-00337-DLB   Document 224-2   Filed 10/04/24   Page 14 of 20

The U.S. Department of the Treasury released proposed and temporary regulations to implement the Kline-Miller Multiemployer Pension Reform Act of 2014, as required by Congress. In Kline-Miller, Congress established a new process for multiemployer pension plans to propose a temporary or permanent reduction of pension benefits if the plan is projected to run out of money.[29] As part of Treasury's commitment to ensuring an open and fair process, Treasury Secretary Jacob J. Lew appointed Kenneth Feinberg as a Special Master to help provide a dedicated, impartial and informed review of applications proposing to reduce pension benefits. Feinberg will oversee Treasury's implementation of Kline-Miller, including the review of applications to determine whether they meet the requirements set by Congress. He will also ensure that affected stakeholders have a single point of contact dedicated to this process.[30][31]

## Volkswagen emission scandal

In February 2016, it was announced that Feinberg would be heading up the compensation fund for Volkswagen. This fund will be established to compensate the roughly 600,000 U.S. owners of diesel vehicles whose emissions are over the legal limit.[32][33]

## Terrorism compensation fund

In March 2016, the United States Department of Justice appointed Feinberg to oversee the Victims of State Sponsored Terrorism Fund.[34]

## In re Foreign Exchange and Benchmark Rates Antitrust Litigation

As a mediator, Kenneth Feinberg served as a mediator to help resolve price-fixing antitrust claims brought against a group of financial institutions. Working as the agreed-upon neutral, he helped secure comprehensive settlements in the billions of dollars, and thereafter helped to design and administer a compensation program to distribute settlement proceeds to eligible claimants.[35][36][37]

## Archdiocese of New York Independent Reconciliation and Compensation Program

In 2016, the Archdiocese of New York established the Independent Reconciliation and Compensation Program run by Kenneth Feinberg. This Independent Reconciliation and Compensation Program (the "IRCP") follows in the wake of initiatives already implemented by the Archdiocese of New York (the "Archdiocese") to address the problem of sexual abuse of minors alleged against clergy of the Archdiocese. The IRCP is a new program designed to compensate eligible victims of abuse. During past years, the Archdiocese has received various individual complaints alleging sexual abuse by clergy of the Archdiocese. This Protocol outlines the eligibility criteria requirements and the process for these individuals to submit and resolve claims alleging such sexual abuse. This Protocol governs only those individual claims previously submitted to the Archdiocese and will be considered Phase I of a two-phase Program.[38]

## United Methodist Church

Case 1:20-cr-00337-DLB   Document 224-2   Filed 10/04/24   Page 15 of 20

In 2019, Feinberg worked pro bono to mediate the impasse between representatives of factions within the United Methodist Church regarding its position on homosexuality. Consequently on January 3, 2020, the parties unanimously agreed to present a plan to the 2020 General Conference to spin off one or more traditionalist denominations and allow churches and denominations to leave or remain, while dividing church assets.[39]

### Roundup Product Litigation

In 2021, Feinberg was appointed as the Special Master in the Roundup Product Multi-District Litigation by the United States District Court, Northern California District.[40] Feinberg is once again determining the value of a persons life to help Bayer settle thousands of law suits.[41]

# In popular culture

- *Worth*, a 2020 biographical film directed by Sara Colangelo, depicts Kenneth Feinberg's handling of the September 11th Victim Compensation Fund. The screenplay by Max Borenstein is based on Feinberg's 2005 book, *What is Life Worth?* Feinberg is portrayed by Michael Keaton and the cast includes Amy Ryan, Stanley Tucci, Tate Donovan, Shunori Ramanathan, and Laura Benanti. The film had its world premiere at the Sundance Film Festival on January 24, 2020, and was released in a limited release and on Netflix and on September 3, 2021.

# Publications

- Feinberg, Kenneth (August 2006). *What Is Life Worth?: The Inside Story of the 9/11 Fund and Its Effort to Compensate the Victims of September 11th* (https://archive.org/details/whatislifeworthu00 fein). New York City: PublicAffairs. ISBN 978-1-58648-451-4.
- Feinberg, Kenneth (June 2012). *Who Gets What: Fair Compensation after Tragedy and Financial Upheaval* (https://archive.org/details/whogetswhatfairc00fein). New York City: PublicAffairs. ISBN 978-1-58648-977-9.
- Feinberg, Kenneth (March 2015). "Money Admonitions From 9/11" (https://www.nytimes.com/201 5/03/26/your-money/money-admonitions-from-9-11.html?_r=0). *New York Times*. New York.
- Feinberg, Kenneth (2014). "Georgia State University Law Review: Keynote Address" (http://readin groom.law.gsu.edu/gsulr/vol31/iss4/1). *Georgia State University Law Review*. Georgia. **31** (4).
- Feinberg, Kenneth (2013). "Unconventional Responses to Unique Catastrophes: Tailoring the Law to Meet the Challenges" (46 Case W. Res. J. Int'l L. 525 (2014)). Western Michigan University: The Thomas M. Cooley Law School. {{cite journal}}: ; |format= requires |url= (help)
- Feinberg, Kenneth (January 2013). "The Chuck Hagel I know & trust" (http://www.nydailynews.co m/opinion/chuck-hagel-trust-article-1.1240705). *New York Daily News*. New York.
- Feinberg, Kenneth (2012). "Democratization of Mass Litigation: Empowering the Beneficiaries" (ht tp://jlsp.law.columbia.edu/wp-content/uploads/sites/8/2017/03/45-Feinberg.pdf) (PDF). New York: Columbia Journal of Law and Social Problems.
- Feinberg, Kenneth (2012). "Is the Class Half-Empty or Half-Full?" (http://www.luc.edu/media/luced u/law/students/publications/llj/pdfs/feinberg.pdf) (PDF). Loyola University Chicago School of Law: Loyola University Chicago Law Journal.
- Feinberg, Kenneth (April 2011). "Keynote Address, Actuarial Litigation: How Statistics Can Help Resolve Big Cases" (https://web.archive.org/web/20150910061340/http://insurancejournal.org/wp-content/uploads/2012/04/Feinberg.pdf) (PDF). Hartford, CT: Connecticut Insurance Law Journal Symposium. Archived from the original (http://insurancejournal.org/wp-content/uploads/2012/04/F einberg.pdf) (PDF) on September 10, 2015. Retrieved August 4, 2017.

Case 1:20-cr-00337-DLB    Document 224-2    Filed 10/04/24    Page 16 of 20

- Feinberg, Kenneth (2011). "The September 11th Victim Compensation Fund of 2001: Policy and Precedent" (https://web.archive.org/web/20170421115701/http://www.nylslawreview.com/wp-conte nt/uploads/sites/16/2012/02/Feinberg-article.pdf) (PDF). New York: New York Law School Law Review. Archived from the original (http://www.nylslawreview.com/wp-content/uploads/sites/16/20 12/02/Feinberg-article.pdf) (PDF) on April 21, 2017. Retrieved August 4, 2017.
- Feinberg, Kenneth (2011). "Symposium on Executive Compensation" (Vanderbilt L. Rev., Vol. 64, No. 2, 349 (2011)). Nashville: Vanderbilt Law Review. {{cite journal}}: ; |format= requires |url= (help)
- Feinberg, Kenneth (September 2010). "Office of the Special Master for TARP Executive Compensation: Final Report of Special Master Kenneth R. Feinberg" (https://www.treasury.gov/init iatives/financial-stability/TARP-Programs/executive-comp/Documents/Final%20Report%20of%20 Kenneth%20Feinberg%20-%20FINAL.PDF) (PDF). Washington, D.C.: U.S. Department of Treasury.
- Feinberg, Kenneth (October 2009). "Pay Czar Feinberg's Testimony to House Oversight Panel" (h ttps://www.realclearpolitics.com/articles/2009/10/28/pay_czar_feinbergs_testimony_to_house_ove rsight_panel_98914.html). Washington, D.C.: House Committee on Oversight and Government Reform.
- Feinberg, Kenneth (2009). "Keynote Presentation: The Sixth John A. Speziale Alternative Dispute Resolution Symposium" (Quinnipiac University School of Law L. Rev., Vol. 27, No. 3, 779 (2009)). Quinnipiac University School of Law. {{cite journal}}: ; |format= requires |url= (help)
- Feinberg, Kenneth (2009). "Reexamining the Arguments in Owen M. Fiss, Against Settlement" (htt p://ir.lawnet.fordham.edu/cgi/viewcontent.cgi?article=4502&context=flr). Fordham Law Review.
- Feinberg, Kenneth (2009). "Transparency and Civil Justice: The Internal and External Value of Sunlight" (http://via.library.depaul.edu/cgi/viewcontent.cgi?article=1217&context=law-review). DePaul Law Review.
- Feinberg, Kenneth (2008). "Tributes to Justice Stephen G. Breyer" (NYU Annual Survey of American Law, Vol. 64, 1 (2008)). New York University School of Law. {{cite journal}}: ; |format= requires |url= (help)
- Feinberg, Kenneth (January 2007). "How Can ADR Alleviate Long-Standing Social Problems?" (ht tp://ir.lawnet.fordham.edu/cgi/viewcontent.cgi?article=2261&context=ulj). New York: Fordham Urban Law Journal.
- Feinberg, Kenneth (2005). "Negotiating the September 11 Victim Compensation Fund of 2001: Mass Tort Resolution Without Litigation" (19 Wash. U. J. L. & Pol'y 21 (2005)). Washington University Journal of Law & Policy. {{cite journal}}: ; |format= requires |url= (help)
- Feinberg, Kenneth (April 2004). "Lecture, University of Alabama School of Law" (https://www.law.u a.edu/pubs/lrarticles/Volume%2056/Issue%202/Feinberg.pdf) (PDF). University of Alabama: University of Alabama Law Review.
- Feinberg, Kenneth (January 2003). "Judge Jack B. Weinstein, Tort Litigation, and the Public Good: A Roundtable Discussion to Honor One of America's Great Trial Judges on the Occasion of his 80th Birthday" (http://brooklynworks.brooklaw.edu/cgi/viewcontent.cgi?article=1294&context=jl p). Brooklyn Law School Journal of Law and Policy.
- Feinberg, Kenneth (January 1998). "Reporting from the Front Line—One Mediator's Experience with Mass Torts" (31 Loy. L.A. L. Rev. 359 (1998)). Loyola Law School. {{cite journal}}: ; |format= requires |url= (help)
- Feinberg, Kenneth (October 1990). "The Dalkon Shield Claimants Trust" (http://scholarship.law.du ke.edu/cgi/viewcontent.cgi?article=4073&context=lcp). Duke Law and Contemporary Problems.
- Feinberg, Kenneth (May 1989). "Mediation – A Preferred Method of Dispute Resolution" (http://dig italcommons.pepperdine.edu/cgi/viewcontent.cgi?article=1780&context=plr). Pepperdine Law Review.

Case 1:20-cr-00337-DLB    Document 224-2    Filed 10/04/24    Page 17 of 20

- Feinberg, Kenneth (January 1981). "Extraterritorial Jurisdiction and the Proposed Federal Criminal Code" (http://scholarlycommons.law.northwestern.edu/jclc/vol72/iss2/2). *Journal of Criminal Law and Criminology*. Northwestern Law Review. **72** (2): 385–399. doi:10.2307/1143000 (https://doi.org/10.2307%2F1143000). JSTOR 1143000 (https://www.jstor.org/stable/1143000).

# Recent awards and recognition

- "Flame of Tzedek Award" by The Rohr Jewish Learning Institute at The National Jewish Retreat (2019)
- "A Tribute to Excellence" by Hillel at UMass Amherst (2018)
- The Bazelon Center Outstanding Public Service Award (2017)
- The Thomas Jefferson Foundation Medalist in Law (2014)
- Yale University Legend in Leadership Award (2014)
- District of Columbia Bar Association Legend in the Law Award (2014)
- Massachusetts Bar Association Great Friend of Justice Award (2014)
- Listed in "The 100 Most Influential Lawyers in America", *The National Law Journal* (March 25, 2013)
- The New England Council New Englander of the Year Award (2013)
- Academy of Court Appointed Masters Civil Justice Award (2012)
- The New York University Albert Gallatin Medal for Professional Achievement (2011)
- The New York University Eugene J. Keogh Award for Distinguished Public Service (2011)
- Marshall-Wythe Medallion (2011)
- Hubert H. Humphrey Humanitarian Award (2011)
- Fordham-Stein Prize (2011)
- James F. Henry Award for Outstanding Achievement in Dispute Resolution (2010)
- "The Power 100: The 100 Most Powerful People e in Finance", *Worth: The Evolution of Financial Intelligence*, Vol. 19, No. 5, Page 76 (2010)
- "Lawyer of the Year" by the *National Law Journal* (2004)
- Presidential Advisory Commission on Human Radiation Experiments (1994 to 1998)
- Carnegie Commission Task Force on Science and Technology in Judicial and Regulatory Decision Making (1989 to 1993)
- Presidential Commission on Catastrophic Nuclear Accidents (1989 to 1990)
- Member of the National Judicial Panel, Center for Public Resources
- Chaired the American Bar Association Special Committee on Mass Torts (1988 to 1989)

# See also

- List of U.S. executive branch 'czars'

# References

1. "Compensation Czar Kenneth Feinberg" (https://web.archive.org/web/20090612231350/http://www.time.com/time/nation/article/0,8599,1903547,00.html). *Time*. October 23, 2009. Archived from the original (http://www.time.com/time/nation/article/0,8599,1903547,00.html) on June 12, 2009.

Case 1:20-cr-00337-DLB   Document 224-2   Filed 10/04/24   Page 18 of 20

2. Shepardson, David (July 17, 2019). "Boeing to spend $50 million to support 737 MAX crash victim families" (https://www.reuters.com/article/us-ethiopia-airplane-boeing/boeing-to-spend-50-million-to-support-737-max-crash-victim-families-idUSKCN1UC1O0). *Reuters*.

3. "2-min.bio: Compensation Czar Kenneth Feinberg" (https://web.archive.org/web/2009061223135 0/http://www.time.com/time/nation/article/0,8599,1903547,00.html). *Time*. October 23, 2009. Archived from the original (http://www.time.com/time/nation/article/0,8599,1903547,00.html) on June 12, 2009. Retrieved February 21, 2010.

4. "THE MAN BEHIND THESENATOR" (https://www.washingtonpost.com/archive/lifestyle/1992/09/2 4/the-man-behind-the-senator/6b1c2c68-35ae-411f-8397-bae8316b4f9b/).

5. Mooney, Brian C. (January 10, 2011). "JFK Library Foundation CEO steps down" (http://www.bost on.com/news/local/breaking_news/2011/01/jfk_library_fou.html). *Boston Globe*.

6. Swidey, Neil (February 1, 2004). "Judge, Jury, Exchequer" (http://www.boston.com/news/local/ma ssachusetts/articles/2010/06/16/judge_jury_exchequer/?page=full). *Boston Globe*.

7. "Kenneth Feinberg, Weathering the Storm in the Gulf" (http://www.aarp.org/personal-growth/transi tions/info-10-2010/kenneth_feinberg_weathering_the_storm_in_the_gulf.html).

8. "The Law Report – 15July2008" (http://www.abc.net.au/rn/lawreport/stories/2008/2302871.htm). ABC Radio interview transcript. July 14, 2008. Retrieved November 8, 2008.

9. ABC News. "ABC News Person of the Week Article on Feinberg" (https://abcnews.go.com/WNT/P ersonOfWeek/story?id=131842). *ABC News*. Retrieved January 26, 2007.

10. Feinberg, Kenneth. What is Life Worth?: The Unprecedented Effort to Compensate the Victims of 9/11 (2005), Perseus Books Group, p 56.

11. Feinberg, Kenneth. *What is Life Worth?: The Unprecedented Effort to Compensate the Victims of 9/11* (2005), Perseus Books Group.

12. Hincker, Larry (July 5, 2007). "Administrator of 9/11 victim compensation fund to administer Hokie Spirit Memorial Fund distributions" (https://web.archive.org/web/20100608020916/http://www.vtne ws.vt.edu/story.php?relyear=2007&itemno=385) (Press release). Virginia Tech. Archived from the original (http://www.vtnews.vt.edu/story.php?relyear=2007&itemno=385) on June 8, 2010. Retrieved July 5, 2007.

13. Labaton, Stephen (June 10, 2009). "Obama Names Overseer to Set Pay at Rescued Companies" (https://www.nytimes.com/2009/06/11/business/11pay.html?hp). *New York Times*. Retrieved June 10, 2009.

14. Goldman, Julia (February 10, 2010). "Obama Doesn't 'Begrudge' Bonuses for Blankfein, Dimon (Update1)" (https://www.bloomberg.com/apps/news?pid=20601087&sid=aKGZkktzkAlA&pos=1). Bloombergnews. Retrieved February 10, 2009.

15. Reuters, October 22, 2009

16. Romero, Frances (October 23, 2009). "Compensation Czar Kenneth Feinberg" (https://web.archiv e.org/web/20090612231350/http://www.time.com/time/nation/article/0,8599,1903547,00.html#ixzz 0gBMFE6iU). *Time*. Archived from the original (http://www.time.com/time/nation/article/0,8599,190 3547,00.html#ixzz0gBMFE6iU) on June 12, 2009.

17. "BP says it's sorry — and guarantees $20B for Gulf - Yahoo! News" (https://web.archive.org/web/ 20100623073707/http://news.yahoo.com/s/ap/20100616/ap_on_bi_ge/us_gulf_oil_spill). Archived from the original (https://news.yahoo.com/s/ap/20100616/ap_on_bi_ge/us_gulf_oil_spill) on June 23, 2010. Retrieved January 14, 2017.

18. "Feinberg distributes compensation" (https://www.nytimes.com/2010/06/17/us/17feinberg.html). *The New York Times*.

19. Pressure on Kenneth Feinberg to disclose BP pay deal, Reuters: http://in.reuters.com/article/idINIndia-53083520101122

Case 1:20-cr-00337-DLB    Document 224-2    Filed 10/04/24    Page 19 of 20

20. "Feinberg Can't do Public Job, Take Secret Pay | Oil Watchdog" (https://archive.today/201304151
    21017/http://www.oilwatchdog.org/2010/11/feinberg-cant-do-public-job-take-secret-private).
    Archived from the original (http://www.oilwatchdog.org/2010/11/feinberg-cant-do-public-job-take-s
    ecret-private) on April 15, 2013. Retrieved December 9, 2010.

21. "The Man Who Will Spend BP's Money" (http://www.cbsnews.com/news/the-man-who-will-spend-
    bps-money/).

22. "Most Popular E-mail Newsletter" (https://www.usatoday.com/money/companies/regulation/2011-0
    2-02-gulf-spill-feinberg_N.htm). *USA Today*. February 3, 2011.

23. "Archived copy" (https://web.archive.org/web/20101210133929/http://www.centerjd.org/archives/p
    ress/2010/CJDBPTransparencyFSig12_3.pdf) (PDF). Archived from the original (http://centerjd.or
    g/archives/press/2010/CJDBPTransparencyFSig12_3.pdf) (PDF) on December 10, 2010.
    Retrieved December 9, 2010.

24. "Penn State hires Ken Feinberg" (http://espn.go.com/college-football/story/_/id/8403131/penn-stat
    e-nittany-lions-hire-fund-lawyer-ken-feinberg-settle-personal-injury-claims). *ESPN.com*.
    September 20, 2012.

25. "Penn State says Sandusky settlements appear close" (http://www.post-gazette.com/stories/local/
    neighborhoods-east/penn-state-says-sandusky-settlements-appear-close-672002/). *Pittsburgh
    Post-Gazette*.

26. "Ken Feinberg announces payment plan for Aurora theater shooting victims" (http://www.denverpo
    st.com/breakingnews/ci_21776275/ken-feinberg-announces-payment-plan-aurora-theater-shootin
    g?source=pkg). *Denver Post*. October 15, 2012. Retrieved January 2, 2013.

27. Eaton-Robb, Pat (June 3, 2013). "Newtown-Sandy Hook Community Foundation To Begin
    Distribution To Victims' Families" (http://www.huffingtonpost.com/2013/06/03/newtown-fund-distrib
    ution_n_3379873.html). *Huffington Post*. Associated Press.

28. "GM Press Release" (http://media.gm.com/media/us/en/gm/news.detail.print.html/content/Pages/n
    ews/us/en/2014/Apr/0401-retains.html). April 2014. Retrieved April 1, 2014.

29. "The Kline-Miller Multiemployer Pension Reform Act of 2014" (https://www.treasury.gov/services/P
    ages/Benefit-Suspensions.aspx). US Treasury Deptarment. ⊛ *This article incorporates text from
    this source, which is in the* **public domain**.

30. "Treasury Releases Proposed and Temporary Multiemployer Pension Reform Act Regulations" (ht
    tps://www.treasury.gov/press-center/press-releases/Pages/jl0078.aspx). US Treasury Department.
    June 17, 2015. ⊛ *This article incorporates text from this source, which is in the* **public domain**.

31. "Kenneth Feinberg to Oversee Cuts in Multiemployer Pension Plans" (https://www.nytimes.com/20
    15/06/18/business/dealbook/kenneth-feinberg-to-oversee-cuts-in-multiemployer-pension-plans.ht
    ml).

32. "VW Names Kenneth Feinberg to Oversee Fund for Claims on Emissions Deception" (https://ww
    w.nytimes.com/2015/12/18/business/ken-feinberg-vw-lawsuit-compensation-fund.html).

33. "Volkswagen Taps Kenneth Feinberg for Emissions-Crisis Claims Program" (https://www.wsj.com/
    articles/volkswagen-taps-kenneth-feinberg-for-emissions-crisis-claims-program-1450383117).

34. "Kenneth Feinberg Named to Lead Terrorism Compensation Fund" (https://www.nytimes.com/201
    6/03/31/us/politics/kenneth-feinberg-terrorism-fund.html).

35. "Morgan Stanley, RBC, others settle currency rigging lawsuit in U.S." (https://www.reuters.com/arti
    cle/us-forex-manipulation-settlement-idUSKBN1AD2QS)

36. "JPMorgan to pay $99.5 million to resolve currency rigging lawsuit" (https://www.reuters.com/articl
    e/us-forex-manipulation-jpmorgan-settlemen-idUSKBN0L4OOI20150131).

37. "Barclays in $94 million Euribor accord other banks may follow" (https://www.reuters.com/article/u
    s-euribor-settlement-barclays-idUSKCN0SR1RS20151102).

Case 1:20-cr-00337-DLB   Document 224-2   Filed 10/04/24   Page 20 of 20

38. "Scores of sex abuse victims apply to Cardinal Dolan's program for compensation from New York
Archdiocese" (http://www.nydailynews.com/new-york/65-n-y-archdiocese-sex-abuse-vics-apply-co
mpensation-article-1.2917953).

39. "Feinberg kept church negotiators at table" (https://www.umnews.org/en/news/feinberg-kept-churc
h-negotiators-at-table).

40. https://www.cand.uscourts.gov/wp-content/uploads/cases-of-interest/in-re-roundup-mdl/Pretrial-
Order-240.pdf

41. Romo, Vanessa (May 22, 2019). "Lawyer Who Handled Sept. 11 Victims Fund to Mediate Talks
Between Bayer, Plaintiffs" (https://www.npr.org/2019/05/22/725844827/kenneth-feinberg-to-mediat
e-roundup-settlement-talks-between-bayer-and-plaintiff). *NPR*.

# Further reading

- Feinberg, Kenneth (March 1, 2008). "What I've Learned: Kenneth Feinberg" (http://www.washingt
  onian.com/articles/people/6731.html). *Washingtonian* (Interview). Interviewed by Lee Michael
  Katz.
- Jurschick, Karin (2017). *Playing God*. Germany: April 2017. "Playing God Trailer" (https://www.trail
  eraddict.com/playing-god/trailer). March 21, 2017.

# External links

- The Feinberg Group website (https://feinberglawoffices.com/)
- The Feinberg Group website (https://archive.today/20070620180655/http://www.feinberggroup.co
  m/index.html) archived 2007
- Kaye Scholer LLP website (http://www.kayescholer.com/)
- Appearances (https://www.c-span.org/person/?4034) on C-SPAN

  - C-SPAN *Q&A* interview with Feinberg, July 10, 2005 (http://www.c-span.org/video/?187524-1/
    qa-kenneth-feinberg)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Kenneth_Feinberg&oldid=1108319054"

This page was last edited on 3 September 2022, at 18:56 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.