| | |
|---|---|
| **From:** | McNutt, John J. <John.McNutt@gpmlaw.com> |
| **Sent:** | Thursday, June 21, 2018 5:18 PM |
| **To:** | 'Stephen L. Snyder' |
| **Cc:** | McNutt, John J. |
| **Subject:** | bullet points for meeting |

**REDACTED**

**Any Consulting Agreement with Hospital Will Require Full Consent from the Client**

- As part of the duty of loyalty and the duty to avoid conflicts of interest, the attorney must not enter into an agreement with the hospital for consulting services without first obtaining the full informed consent of his client. All material information about the arrangement must be disclosed to the client and the client must consent to the negotiations.
- If the client can obtain a better settlement by having the hospital hire the attorney as a consultant (client receives a premium over the maximum possible judgment at trial if client pursues claim and prevails), then it is possible that the attorney could pursue the consulting agreement with the hospital in combination with pursuing settlement of the client's claim. But, in all events, full disclosure and

SNY0000392

STERN001970

consent are required since the attorney's duty of loyalty is to the client and he may not pursue his own economic gain in the same transaction – the attorney has a duty to try and maximize the recovery for the client.

- Recommendation is to provide client 2/3rds of whatever funds are received from the consulting agreement, since it constitutes a form of recovery that would not have been feasible without the client's threatened lawsuit against the hospital.

**John J. McNutt**
Attorney

Gray Plant Mooty
The Watergate - Suite 700
600 New Hampshire Ave. NW
Washington, DC  20037

Phone: 202.295.2227
Fax: 202.295.2277

John.McNutt@gpmlaw.com



NOTICE:  This message is from a law firm, and it may contain or attach confidential information or an attorney-client communication that is confidential and privileged by law.  It is not intended for transmission to or receipt by any unauthorized person.  If you believe that you have received this message or any attachment in error, simply delete both from your system without reading or copying, and notify the sender by e-mail or by calling 202-295-2200.  Thank you.

SNY0000393
STERN001971