IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO.  <u>DLB-20-00337</u> |
| STEPHEN L. SNYDER, | |
| **Defendant.** | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE

Now comes the United States of America, by and through undersigned counsel, and files this Response to the Defendant's Motion in Limine to Exclude Certain Irrelevant Evidence, and in support thereof, states as follows:

Mr. Snyder argues that the government plans to elicit testimony from Dr. Stephen Bartlett, a former employee of the University of Maryland Medical System, that Dr. Bartlett believes that Snyder is a "bad man."  (ECF No. 220 at 2).  The government will not draw out improper character evidence to show that during the events in issue Snyder acted in accordance with his character or trait, i.e. as a "bad man."  F.R.E. 404(a)(1).  The Government will ask Dr. Bartlett to describe his encounters with the Defendant during the events discussed in the Indictment.  The government further expects to ask witnesses to provide background testimony about their previous experience with Mr. Snyder, as many of the attorney-witnesses have known Snyder professionally for many years.

For these reasons, the Court should deny as MOOT, Mr. Snyder's Motion in Limine to Exclude Certain Irrelevant Evidence, namely Dr. Bartlett's purported belief that Mr. Snyder is a "bad man."

                                          Erek L. Barron
                                          United States Attorney

                                          ___/s/_____
                                          Matthew P. Phelps
                                          Evelyn L. Cusson
                                          Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that this filing was served on the defendant via first class mail to the following address:

Stephen L. Snyder
7307 Park Heights Avenue, Apt. 200
Encore Building,
Pikesville, Maryland 21208

                                          ___/s/_____
                                          Evelyn L. Cusson
                                          Assistant United States Attorney