Monday, December 7, 2020 at 10:26:11 Eastern Standard Time

**Subject:** Fwd: Stephen Snyder
**Date:** Tuesday, September 29, 2020 at 9:29:27 AM Eastern Daylight Time
**From:** Lydia Lawless
**To:** Andrew Jay Graham, lmalick@kg-law.com, Doug Bregman, Geoffrey Hervey

See below. Let me know your position. I'm in trial today and tomorrow but will be checking my email.

Lydia E. Lawless
410.514.7051

Sent from my iPhone

Begin forwarded message:

> **From:** "Bernstein, Gregg" <gbernstein@zuckerman.com>
> **Date:** September 29, 2020 at 9:16:50 AM EDT
> **To:** Lydia Lawless <Lydia.Lawless@agc.maryland.gov>
> **Cc:** "Connolly, John" <jconnolly@zuckerman.com>
> **Subject: Stephen Snyder**
>
> EXTERNAL
>
> Lydia:
>
> During our conversation last Friday about deposition dates, you mentioned that Mr. Snyder had identified Jack Marshall as a potential witness who may be testifying as an expert.
>
> We want to bring to your and Mr. Snyder's counsel's attention the fact that a UMMS affiliate previously had engaged Mr. Marshall for the purpose of obtaining ethical advice regarding Mr. Snyder's conduct in the Sanders matter and his demand for $25 million for him, personally. UMMS representatives initially contacted Mr. Marshall on May 14, 2018. His office sent them an engagement letter, which they signed and returned to him on May 18, 2018 via email. They provided him with relevant documents for him to review, and they had at least one substantive telephone conversation regarding Mr. Snyder's conduct, which included confidential communications.
>
> Given their prior relationship, UMMS would object to Mr. Marshall testifying as a witness for Mr. Snyder, and we would request that you advise Mr. Snyder's lawyers of this prior relationship (assuming they are unaware) and their objection to Mr. Marshall testifying as a witness. We also would

Defendant's Exhibit

1

request that Mr. Snyder and his counsel confirm that Mr. Marshall has not provided them with any information he may have learned and/or discussed with UMMS as a result of their engagement and during their communications.

Thank you.