| | |
|---|---|
| From: | Kinter, Sue |
| To: | "Stephen L. Snyder" |
| Bcc: | Bartlett, Stephen |
| Subject: | Dr. Bartlett |
| Date: | Wednesday, February 21, 2018 7:08:20 PM |

Steve:

I wanted to let you know that Dr. Bartlett and I have discussed your request that we meet with you regarding a new transplant case that you have.

I am asking that you permit me to review your client's medical records and discuss his care with his treating health care providers. Once I have a better understanding of his circumstance I am open to meeting with your client's wife; I am not agreeing that Dr. Bartlett will be present with us, however.

I am making a second request of you. I am uncomfortable with the ongoing contact you are having with Dr. Bartlett. I am open to having a discussion with you tomorrow about this but I am requesting as an attorney for UMMS and for Dr. Bartlett that you refrain from calling him without my expressed permission. I cannot adequately represent UMMS' interests and Dr. Bartlett's when I am not a part of conversations you are having with him. I understand you and he will be getting together socially for a dinner. That is fine so long as the conversation remains causal and does not involve any party you represent.

Sorry I got the Bennett letter to you later than I had anticipated. My day went sideways and I didn't have a chance to get to my to do list until after 5.
Sue


Susan Durbin Kinter, BSN JD CPHRM FASHRM
Vice President Claims, Litigation & Risk Management
Maryland Medicine Comprehensive Insurance Program
250 West Pratt Street
Suite 1200
Baltimore, MD 21201
667.214.1254

IMPORTANT NOTICE: All of MMCIP's office numbers will be changing to new numbers effective May 12, 2014. Below please note my new numbers in RED.

Internal: 8-1770 **(4-1254) Please note new number**
External: 410-328-1770 **(667-214-1254) Please note new number**



UNIVERSITY of MARYLAND
MARYLAND MEDICINE
COMPREHENSIVE INSURANCE PROGRAM

This message and all contents contain information from the office of Marylan[d]

Defendant's Exhibit



> 250 West Pratt Street
> Suite 1200
> Baltimore, MD 21201
> 667.214.1254
>
>
>
>
> This message and all contents contain information from the office of Maryland Medicine Comprehensive Insurance Program, which may be privileged, confidential or otherwise, protected from disclosure. The information is intended to be for the addressee only and should not be copied, disclosed or distributed without the consent of this author. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this message in error, please notify us immediately (410-328-4704) and destroy the original message and all copies.
>
>
> -----Original Message-----
> From: Bartlett, Stephen [mailto:sbartlett@umm.edu]
> Sent: Thursday, February 15, 2018 12:59 PM
> To: Kinter, Sue
> Subject: Steve Snyder
>
> Dear Sue,
> I am sending this email to memorialize our conversation about Steve Snyder.
> As we discussed, he informed me he has been retained on behalf of transplant patient, Jeffery Sanders. He further indicated to me that Michelle Sanders, his wife has a vendetta against transplant and David Leeser. He said she has five pages of information and "video". He later said the video is our own web based videos which he characterized as damaging to us because they say we take the difficult cases.
> He asked to urgently have dinner to confidentially review the material. He said his motive is that he "considers me a friend" and wants us to quietly settle with her to prevent the damage she might do.
> Though I think it is possible, even probable he is playing me, I deemed it a good idea to hear him out.
> I have discussed this with you as the counsel for MMCIP. You agreed with and support the plan.
> The dinner is at 6:15 today at Capital Grill.
> Thanks,
> Steve.
>
> Stephen T. Bartlett M.D., The Peter Angelos Distinguished Professor
> Executive Vice President, Chief Medical Officer, and Surgeon-in-Chief
> University of Maryland Medical System Mobile 410-215-4467
>
>
> This e-mail and any accompanying attachments may be privileged, confidential, contain protected health information about an identified patient or be otherwise protected from disclosure. State and federal law protect the confidentiality of this information. If the reader of this message is not the intended recipient; you are prohibited from using, disclosing, reproducing or distributing this information; you should immediately notify the sender by telephone or e-mail and delete this e-mail.
>

This e-mail and any accompanying attachments may be privileged, confidential, contain protected health information about an identified patient or be otherwise protected from disclosure. State and federal law protect the confidentiality of this information. If the reader of this message is not the intended recipient; you are prohibited from using, disclosing,

EXHIBIT 1