FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Steve Snyder opening EC - August 14, 2018

**Date:** 08/15/2018

**CC:** Lisa L Brown
Michelle Denny
Jason C. Bender

**From:** BALTIMORE
BA-C-2
**Contact:** Daniel Rzepecki, 410-277-6359

**Approved By:** A/SSA Keith A. Custer

**Drafted By:** Daniel Rzepecki

**Case ID #:** 209C-BA-2969940    (U) STEVE SNYDER;
University of Maryland Medical System - Victim;
Health Care Fraud - Other

**Synopsis:** (U) Steve Snyder case opening communication.

**Enclosure(s):** Enclosed are the following items:
1. (U) Meeting memorandums from April 30, 2018, June 22, 2018, and June 28, 2018 and one Steve Snyder voice recording.
2. (U) Meeting memorandums from April 30, 2018, June 22, 2018, and June 28, 2018 and one Steve Snyder voice recording.
3. (U) Meeting memorandums from April 30, 2018, June 22, 2018, and June 28, 2018 and one Steve Snyder voice recording.
4. (U) Meeting memorandums from April 30, 2018, June 22, 2018, and June 28, 2018 and one Steve Snyder voice recording.

**Details:**

On August 9, 2018, the Baltimore Field Office's Squad C-2 received a request from the District of Maryland's United States Attorneys Office to participate in a meeting with representatives from the University of Maryland Medical System (UMMS). The meeting was to

UNCLASSIFIED//FOUO

Defendant's Exhibit
3

USA-000001