IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. DLB-20-00337 |
| STEPHEN L. SNYDER, | |
| Defendant. | |

### GOVERNMENT'S MOTIONS IN LIMINE NO. 10

The United States of America, by its undersigned counsel, submits this Motion in Limine No. 10 to exclude the testimony of Ross Guberman.

On November 1, 2024, Snyder, through standby counsel, provided four expert disclosures under Rule 16(b)(1)(C). *See* Nov. 1, 2024 Expert Disclosure, attached as Exhibit 1. Snyder disclosed the following four experts: Ross Guberman, Jonathan Schraub, Antonio DiCarlo, and Jesse Schold. This Motion is limited to Ross Guberman.

Snyder first disclosed Guberman as an expert with his Motions to Dismiss, filed in 2021. Snyder's recent Disclosure attaches Guberman's 2021 declaration, in which Guberman criticizes the drafting of the Indictment. *See* Guberman Declaration, attached as Exhibit 2. Guberman's criticisms of the Indictment are not relevant under Rule 401 or helpful to the trier of fact under Rule 702. Although the practice can vary by judge, most juries in this District never see the Indictment. Further, the Court denied Snyder the relief he was seeking in his original motions to dismiss, and prior to doing so, the Court precluded Snyder from calling Guberman as a witness at the motions hearing. *See* ECF No. 205. At the Pretrial Conference on October 28, 2024, the Court also granted the Government's Motion in Limine No. 1, which sought to preclude Snyder from attacking the prosecutors in the case. Guberman's opinions are exactly that – an attack on the

1

prosecutors for the manner in which they drafted the Indictment. For these reasons, the Court should preclude Guberman from testifying at the trial in this case.

                                                    Erek L. Barron
                                                   United States Attorney

                                                  ___/s/_____
                                                  Matthew P. Phelps
                                                  Evelyn L. Cusson
                                                  Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that this filing was served on the defendant via first class mail to the following address:

Stephen L. Snyder
7307 Park Heights Avenue, Apt. 200
Encore Building,
Pikesville, Maryland 21208


                                                   ___/s/_____
                                                  Evelyn L. Cusson
                                                  Assistant United States Attorney