IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. DLB-20-00337 |
| STEPHEN L. SNYDER, | |
| Defendant. | |

## NONPARTY MOVANT GREGG BERNSTEIN'S
## MOTION TO QUASH TRIAL SUBPOENA

Pursuant to Rule 17 of the Federal Rules of Criminal Procedure, nonparty Movant Gregg L. Bernstein, by his undersigned counsel, moves to quash a trial subpoena served on him by defendant Stephen L. Snyder. The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated: November 12, 2024

*/s/ John J. Connolly*
Gregg L. Bernstein (#01340)
John J. Connolly (#09537)
Samantha Miller Kavanagh (#21374)
ZUCKERMAN SPAEDER LLP
100 E. Pratt St., Suite 2440
Baltimore, Maryland 21201
410 332 0444
gbernstein@zuckerman.com
jconnolly@zuckerman.com
skavanagh@zuckerman.com

*Attorneys for Nonparty Movant Gregg L. Bernstein*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2024, I caused copies of the foregoing document to be sent by email and/or electronic service to the following persons:

>Stephen L. Snyder
>7307 Park Heights Ave., Apt. 200
>Encore Building
>Pikesville, MD 21208
>steveslaw@icloudcom
>
>Gerald C. Ruter
>Law Offices of Gerald C. Ruter, P.C.
>9411 Philadelphia Road, Suite O
>Baltimore, Maryland 21237
>ruterlaw@verizon.net
>
>Matthew P. Phelps
>Evelyn Cusson
>Assistant United States Attorneys
>Office of the U.S. Attorney
>36 S. Charles Street – 4th Floor
>Baltimore, MD 21201
>Matthew.Phelps@usdoj.gov
>Evelyn.Cusson@usdoj.gov

        /s/ John J. Connolly
       John J. Connolly (#09537)