IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No DLB-20-337 |
| STEPHEN SNYDER | * | |

\* \* \* \* \* \* \* \* \* \*

## MOTION TO CONTINUE SENTENCING

Stephen Snyder, through counsel, C. Justin Brown, Brown Law, hereby moves this honorable Court to continue his sentencing proceeding, which is currently set for February 25, 2025. In support of this motion, counsel states the following:

1. Counsel was recently retained to represent Snyder following a two-week jury trial, in which Snyder acted as his own lawyer.

2. The Court set a "regular" sentencing schedule, with about four months between jury verdict and sentencing.

3. Counsel respectfully seeks a modest continuance of 30 to 60 days in order to adequately prepare mitigation – and potentially obtain medical reports – that would be helpful for to the Court in determining an appropriate sentence.

4. The purpose of this request is not to disrupt or unduly delay these proceedings. It is to ensure Mr. Snyder has a fair sentencing.

5. AUSA Matthew Phelps opposes this Motion.

Respectfully submitted,

_____/s/_____
C. Justin Brown
BROWN LAW
233 E. Redwood St., Suite 1000C
Baltimore, MD 21202
Tel: (410) 244-5444
Fax: (410) 934-3208
brown@cjbrownlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 23, 2024, a copy of the foregoing Motion was sent to each of the parties via CM/ECF.

_____/s/_____
C. Justin Brown