IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

   v.                             *   Case No DLB-20-337

STEPHEN SNYDER                  *

   *   *   *   *   *   *   *   *   *   *

## MOTION TO EXTEND TIME TO FILE SENTENCING MEMO

Stephen Snyder, through counsel, C. Justin Brown, Brown Law, hereby moves this honorable Court to extend the time he has to file his sentencing memorandum to March 24, 2025. In support of this motion, counsel states the following:

1. By the Court's Sentencing Order, Snyder's sentencing memorandum is due March 19, 2025. ECF 323.

2. Counsel just completed a federal jury trial that started on March 3, 2025, and ended on March 11, 2025. Counsel also has plans to travel with his family for spring break the week of March 16, 2025. Counsel therefore seeks a few additional days to compete his sentencing memorandum and submit it to the Court.

3. Counsel for the Government does not oppose this request.

Respectfully submitted,

_____/s/_____
C. Justin Brown
BROWN LAW
233 E. Redwood St., Suite 1000C
Baltimore, MD 21202
Tel: (410) 244-5444
Fax: (410) 934-3208
brown@cjbrownlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2025, a copy of the foregoing Motion was sent to each of the parties via CM/ECF.

_____/s/_____
C. Justin Brown