IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No.: DLB-20-337 |
| STEPHEN SNYDER | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEAL

Defendant Stephen Snyder, through his attorney C. Justin Brown, Brown Law, hereby moves this Honorable Court to file the attached Sentencing Letter and Exhibits UNDER SEAL. In support of this Motion, undersigned counsel states the following:

1. The attached Sentencing Letter and exhibits contain private and personal information that should not be disseminated to the public.

2. Included in the Sentencing Letter and exhibits are extensive references to Snyder's health and medical records.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court GRANT this Motion to Seal.

Respectfully submitted,

_____/s/_____
C. Justin Brown
BROWN LAW
233 E. Redwood Street, Suite 1000C
Baltimore, MD 21202
Tel: (410) 244-5444
Fax: (410) 934-3208

brown@cjbrownlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, a copy of the foregoing Motion to Seal was served on all parties via CM/ECF.

_____/s/_____
C. Justin Brown