# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA　　　\*

　　v.　　　　　　　　　　　　　\*　　Case No DLB-20-337

STEPHEN L. SNYDER　　　　　　　\*

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

## NOTICE OF APPEAL

Stephen Snyder hereby appeals to the United States Court of Appeals for the

Fourth Circuit from the imposition of the Judgment of this Court.


Date: April 15, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　C. Justin Brown
　　　　　　　　　　　　　　　　BROWN LAW
　　　　　　　　　　　　　　　　233 E. Redwood Street, Suite 1000C
　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　Tel: (410) 244-5444
　　　　　　　　　　　　　　　　Fax: (410) 934-3208
　　　　　　　　　　　　　　　　brown@cjbrownlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, a copy of this Notice was served on all

parties via CM/ECF.

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　C. Justin Brown